UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| PICO CHICAGO, INC. | ) | Case No. 12-44865 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | Hearing Date:  Wednesday, |
| | ) | April 2, 2014, at 9:30 a.m. |

## NOTICE OF MOTION

Please take notice that on **Wednesday, April 2, 2014, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff, Room 744, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *First And Final Application For Allowance Of Compensation Of Fees And Costs Of Colleen E. McManus And The Law Firm Of Carlson Dash, Trustee's Special Counsel and to Limit Notice* at which time and place you may appear as you see fit.

Dated:  March 6, 2014                                    **PHILIP V. MARTINO**, Trustee


                                                         By:  /s/ Lauren N. Beslow
                                                              One of his attorneys

Philip V. Martino
Lauren N. Beslow
**QUARLES & BRADY LLP**
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

QB\25346454.1

## CERTIFICATE OF SERVICE

Lauren N. Beslow, an attorney, certifies that on March 6, 2014, she caused the ***Notice of Motion*** and ***First And Final Application For Allowance Of Compensation Of Fees And Costs Of Colleen E. McManus And The Law Firm Of Carlson Dash, Trustee's Special Counsel and to Limit Notice*** to be served by operation of the Court's electronic filing system to all ECF recipients registered in this case, including the ones listed below.

- Meg E Augustine maugustine@bglawde.com
- Matthew P. Barrette mattbarrette@shlawfirm.com
- Zachary J Garrett zachary.garrett@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Jeffrey B Greenspan jeff.greenspan@mbtlaw.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Timothy S. McFadden tmcfadden@btlaw.com
- Colleen E McManus cmcmanus@carlsondash.com, knoonan@carlsondash.com;tempsec@carlsondash.com
- Michelle A Mendez mmendez@crb-law.com
- Konstantine T. Sparagis gsparagi@yahoo.com, gus@atbankruptcy.com;josietroester@msn.com;morgan@atbankruptcy.com;drew@atbankruptcy.com

In addition, the following parties were served by U.S. Mail on March 6, 2014.

| | |
|---|---|
| Bruce C Bailey | Jill Rice |
| Jeffrey W Maddux | Alward, Fisher, Rice, Rowe & Graf |
| Chambliss, Bahner & Stophel, P.C. | 202 East State Street, Suite 100 |
| 605 Chestnut Street, Suite 1700 | Traverse City, MI  49684 |
| Chattanooga, TN 37450 | |

In addition, all creditors that filed a proof of claim or are listed on the creditor matrix, other than those creditors located outside the United States, were served with the Notice attached hereto as Exhibit C.  This notice informed creditors of the filing of the fee application and

instructed creditors to contact Trustee's counsel for a complete copy of the fee application and exhibits.

Dated: March 6, 2014                                      **PHILIP V. MARTINO**, Trustee

                                                                            By: /s/ Lauren N. Beslow
                                                                                    One of his attorneys

Philip V. Martino
Lauren N. Beslow
**QUARLES & BRADY LLP**
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
                                       (312) 715-5000

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 12-44865<br>Northern District of Illinois<br>Chicago<br>Tue Feb 25 10:26:52 CST 2014 | A Vista Events<br>11900 Baltimore Avenue, Suite A<br>Beltsville, MD 20705-1236 | American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 |
| American Express Travel Related Services<br>Co, Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Ascend Technologies, Inc.<br>PO Box 80007<br>Conyers, GA 30013-8007 | Austin Architectural Graphics, Inc.<br>1406 East 5th Street<br>Austin, TX 78702-3815 |
| Bartizan Connects<br>217 Riverdale Avenue<br>Yonkers, NY 10705-1131 | | Blue Cross Blue Shield of Illinois<br>25550 Network Place<br>Chicago, IL 60673-1255 |
| Bob Koors<br>C/O Michael D. Robl, Esq<br>104 Cambridge Avenue<br>Decatur, GA 30030-3501 | Brooke Graphics<br>1331 Greenleaf Avenue<br>Elk Grove Village, IL 60007-5520 | CIT Finance, LLC<br>Bankruptcy Processing Solutions, Inc.<br>1162 E. Sonterra Blvd., Suite 130<br>San Antonio, TX 78258-4048 |
| CIT Technology Financing Services, Inc.<br>Bankruptcy Processing Solutions, Inc.<br>1162 E. Sonterra Blvd, Suite 130<br>San Antonio, TX 78258-4048 | Chevron Products Company<br>A division of Chevron USA Inc.<br>Attn: Michael L. Armstrong<br>6001 Bollinger Canyon Road, Rm. T2084<br>San Ramon, CA 94583-2324 | Dimension Design<br>3400 West Lake Avenue<br>Glenview, IL 60026-8065 |
| EventStar<br>8150-B NW 90th Street<br>Medley, FL 33166 | Exhibit Fabrications, Inc.<br>210 Corporate Drive<br>Elgin, IL 60123-9310 | Exhibit Productions, Inc.<br>Jeffrey B. Greenspan<br>Meckler Bulger Tilson<br>Marick & Pearson LLP<br>123 N. Wacker Drive, Ste. 1800<br>Chicago, IL 60606-1770 |
| Fern Expositions<br>125 Fernco Drive<br>Nashville, TN 37207-3910 | Frazier & Deeter, LLC<br>600 Peachtree Street, NE<br>Atlanta, GA 30308-2217 | Ginger Studio LLC<br>Xiao-yun Jenny Jiang<br>2667 3/4 Waverly Drive<br>Los Angeles, CA 90039-2766 |
| Global Experience Specialist<br>700 Lindell Road<br>Las Vegas, NV 89118 | Green Slate Creative LLC<br>John H. Graffius<br>1525 Fairwood Drive<br>Traverse City, MI 49696-9490 | Hall Erickson<br>98 East Chicago Avenue<br>Westmont, IL 60559-1559 |
| Hargrove, Inc.<br>One Hargrove Drive<br>Lanham, MD 20706-1804 | Holly Eller<br>319 Oakwoods Lane<br>Wilkesboro, NC 28697-7419 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | Integrated Agency, LLC<br>13018 Kings Forest<br>San Antonio, TX 78230-1515 | Juras Palukaitis<br>2215 Krystle Way<br>Cumming, GA 30041-7291 |

K&M Printing/Spotlight
1410 North Meacham Road
Schaumburg, IL 60173-4808

KHM Plastics, Inc.
4090 Ryan Road
Gurnee, IL 60031-1201

Karl's Event Rental
7000 South 10th Street
Oak Creek, WI 53154-1421

Kelly Services, Inc.
999 West Big Beaver
Troy, MI 48084-4716

Konica Minolta
PO Box 550599
Jacksonville, FL 32255-0599

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Legacy Display Inc.
9436 American Eagle Way
Orlando, FL 32837-8379

Maman Corp.
346 West Colfax
Palatine, IL 60067-2516

Maman Corporation
c/o John Collen
Tressler LLP
233 S. Wacker Dr., Suite 2200
Chicago, IL 60606-6399

John W. Mills, III
Barnes & Thornburg LLP
3475 Piedmont Road NE
Suite 1700
Atlanta, GA 30305-2954

Timothy S. McFadden
Barnes & Thornburg LLP
1 North Wacker Drive
Suite 4400
Chicago, IL 60606-2841

Miri Microsystems
3075 Joyce Street
Burton, MI 48529-1421

Momentum Communications, Inc.
PO Box 15
Fox River Grove, IL 60021-0015

Olympic Logistic Services
301 South County Farm Road
Suite F
Wheaton, IL 60187-4523

Optima Graphics
PO Box 955407
Saint Louis, MO 63195-5407

Outhouse Design
6052 North Hermitage Avenue
Chicago, IL 60660-2304

Principal Financial Group
PO Bo 10333
Des Moines, IA 50306-0333

Printed Communications, Inc.
1929 Mountain Industrial Blvd
Tucker, GA 30084-6620

RND Exhibits International
7550 Plaza Court
Willowbrook, IL 60527-5611

Renaissance Management, Inc.
PO Box 628305
Orlando, FL 32862-8305

Satis&fy West LLC
123 N. Nye Lane
Suite 129
Carson City, NV 89706

Schellhorn Photo Techniques
3916 North Elston Avenue
Chicago, IL 60618-4287

Shepard Exposition Services, Inc.
Steve Basch
1424 Hills Place NW
Atlanta, GA 30318-2821

Sign Works, Inc.
584 County Line Road
Bensenville, IL 60106-3201

Star Link
Darrow Law Center APC
27349 Jefferson Ave Ste 208
Temecula, CA 92590-5612

StarLink
3300 Fujita Street
Torrance, CA 90505-4017

Steven Wu
1270 Lexington Lane
Lake Zurich, IL 60047-3328

Tenfab
829 Chicago Avenue
Evanston, IL 60202-2307

The Churchill Family Partnership
c/o Alter Asset Management
1980 Springer Drive
Lombard, IL 60148-6419

The Churchill Family Partnership LP
c/o Alter Asset Managmeent
1980 Springer Drive
IL 60148-6419

Thurston Roberts
32770 North Almond Road
Grayslake, IL 60030-9707

Volkswagen Group of America,
Chattanooga Operations, LLC
c/o Chambliss, Bahner & Stophel, P.C.
605 Chestnut Street, Ste 1700
Chattanooga, TN 37450-0019

WCP-Fern Exposition Services LLC
645 Linn Street
Cincinnati, OH 45203-1722

WLC Cabinetry
21 West 471 Park Avenue
Lombard, IL 60148

Zenith Labor Net
2535 North Royal Place
Tucker, GA 30084-3035

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 12-44865 |
| **PICO CHICAGO, INC.**, | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: Wednesday, |
| Debtor. | ) | April 2, 2014, 9:30 am |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION OF FEES AND COSTS OF
COLLEEN E. MCMANUS AND THE LAW FIRM OF CARLSON DASH,
TRUSTEE'S SPECIAL COUNSEL AND TO LIMIT NOTICE**

Trustee, Philip V. Martino, through his attorneys, moves this Court pursuant to 11 U.S.C. § 330, for authority to pay $3,776.00 to Colleen E. McManus and the law firm of Carlson Dash ("**McManus**") for 12.7 hours of services rendered and $293.00 for actual costs incurred during her representation of Philip V. Martino as Trustee from May 1, 2013 to August 28, 2013.

In support of this First and Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. On November 13, 2012, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2. The 341 meeting was held on January 9, 2013.

3. Debtor's schedules and Statement of Financial Affairs ("SOFA") reflected approximately $500,000.00 in uncollected account receivables and approximately $340,000.000 in potential preferences, both of which could possibly benefit unsecured creditors in this bankruptcy. Debtor had essentially no other unencumbered assets of value.

4. Currently, Trustee is holding $287,781.97 in this estate's bank account. Additional funds are expected, as one settlement is being paid over time and two default judgments are in collection.

5. On July 10, 2013, this Court entered an Order granting Trustee's motion to retain Colleen E. McManus and the law firm of Carlson Dash as his Special Counsel, retroactive to May 1, 2013 to pursue preference claims against two creditors with whom Trustee's firm had conflicts with and could not pursue on Trustee's behalf.

6. All professional services for which compensation is requested herein were performed by McManus on behalf of the Trustee and not for or on behalf of any creditor or any other person. McManus represented the bankruptcy estate in a preference action against Volkswagen Group of America, Inc. ("**Volkswagen**") (Case No. 13-00816 in the United States Bankruptcy Court for the Northern District of Illinois). After investigating defenses and counterclaims asserted by Volkswagen, McManus agreed to dismiss the action with each party paying their own costs. McManus also investigated a possible complaint against Serta. After Serta voluntarily made payment to the estate in the amount of $16,566.00, McManus determined that it was not feasible to pursue the remaining outstanding amount. A breakdown of services rendered is attached as **Exhibit A**. McManus's affidavit attesting to the accuracy of Exhibit A is attached as **Exhibit B**

7. This is McManus's first and final fee application.

## NOTICE

The Application has been served on all CM-ECF parties, including the Debtor, and the parties who requested notice. In addition, all creditors that filed a proof of claim or are listed on the creditor matrix, other than those creditors located outside the United States, were served with the Notice attached hereto as Exhibit C. This notice informed creditors of the filing of the fee application and instructed creditors to contact Trustee's counsel for a complete copy of the fee

application and exhibits.  Trustee requests that such notice be deemed sufficient and that further notice be waived.

   **WHEREFORE**, Philip V. Martino, as Trustee, requests the entry of an order:

   A. Authorizing payment to McManus in the amount of $3,776.00 for actual, necessary and valuable professional services rendered.

   B. Authorizing payment to McManus for reimbursement of costs incurred in the amount of $293.00;

   C. To limit notice as discussed above; and

   D. For such other and further relief as this Court may deem equitable and just.

              Respectfully submitted,

              **PHILIP V. MARTINO**, Trustee

Philip V. Martino
Lauren N. Beslow
**QUARLES & BRADY LLP**      By: /s/ Lauren N. Beslow
300 North LaSalle Street, Suite 4000      One of his attorneys
Chicago, Illinois 60654-3406
(312) 715-5000
lauren.beslow@quarles.com



FEIN: 27-5078688

December 31, 2013

Phillip Martino, as Trustee
300 N. LaSalle Street
Suite 4000
Chicago, Illinois
60654

| | |
|---|---:|
| File #: | 1126.0001 |
| Inv #: | 18016 |
| Period Ending: | 12/31/13 |

**Attention:**

**RE:**     In re Pico Chicago, Inc.

| DATE | DESCRIPTION | ATTORNEY | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 6/04/13 | Reviewed bankruptcy schedules (.4); reviewed e-mails from Nachison regarding causes of action (.4). | CEM | 0.80 | 256.00 |
| 6/05/13 | Reviewed invoices and demand letters to Volkswagen; revised form complaint against same. | CEM | 0.90 | 288.00 |
| 6/06/13 | E-mails with trustee and his general counsel regarding timing of filing of adversary complaints for turnover (0.1); revised form complaint for Serta Mattress and reviewed documents regarding same (1.0). | CEM | 1.10 | 352.00 |
| 6/07/13 | E-mails with Nachison regarding filing of adversary complaints today (0.1); reviewed e-mails from Serta regarding defenses (0.2). | CEM | 0.20 | 64.00 |
| 6/10/13 | E-mails with bankruptcy counsel and trustee regarding claims against Serta (0.1); research regarding service upon individual at Volkswagen HQ (0.1). | CEM | 0.20 | 64.00 |
| 6/26/13 | Reviewed Serta invoices; wrote settlement proposal to same. | CEM | 0.80 | 256.00 |
| 7/02/13 | Telephone conference with trustee's counsel regarding my employment as special conflicts counsel. | CEM | 0.10 | 32.00 |

EXHIBIT A

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 7/03/13 | Reviewed changes to motion to employ C. McManus as special counsel and my draft affidavit. | CEM | 0.20 | 64.00 |
| 7/09/13 | Telephone conference with counsel for Volkswagen regarding complaint and time to answer. | CEM | 0.40 | 128.00 |
| 7/10/13 | E-mails with Volkswagen counsel regarding time to answer complaint (0.1); attended status hearing (0.8). | CEM | 0.90 | 288.00 |
| 7/30/13 | Reviewed Volkswagen's answer to complaint with defenses and counterclaim; telephone conference with counsel for same. | CEM | 0.90 | 288.00 |
| 8/16/13 | Receive, review and respond to bankruptcy case coverage e-mail from C. McManus. | ME | 0.20 | 48.00 |
| 8/20/13 | E-mails with opposing counsel regarding counterclaim and hearing tomorrow; reviewed cases cited in opposing counsel's e-mail. | CEM | 0.80 | 256.00 |
| | Review complaint for turnover of assets, answer and counterclaim; discuss court background and hearing with C. McManus; review e-mail from opposing bankruptcy counsel regarding their theory of the case and agreeing to extend the timeline to respond to the counterclaim. | ME | 0.90 | 216.00 |
| 8/21/13 | Prepare for, travel to, and appear in court for status hearing; advise judge of status of adversary claim, answer, counterclaim and our forthcoming response to counterclaim; obtained further status date with companion claims; provide status update to C. McManus. | ME | 2.50 | 600.00 |
| 8/22/13 | Research regarding validity of breach of contract as counterclaim to preference. | CEM | 0.90 | 288.00 |
| 8/28/13 | Research regarding validity of certain defenses and counterclaims to a preference claim. | CEM | 0.90 | 288.00 |
| | Totals | | 12.70 | $3,776.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Jun-11-13 | Filing Fee - Adversary Complaint | 293.00 |

|  |  |
|---|---|
| Totals | $293.00 |

| **Total Fee & Disbursements** | **$4,069.00** |
|---|---|

Please remit payment within 30 days of Invoice

| **PLEASE SEND PAYMENT TO:** | **WIRE INSTRUCTIONS:** |
|---|---|
| Carlson Dash, LLC | Northern Trust Company |
| 10411 Corporate Drive | Chicago, IL |
| Suite 100 | ABA# 071000152 |
| Pleasant Prairie, WI 53158 | Account# 3801933961 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 12-44865 |
| **PICO CHICAGO, INC.,** | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: Wednesday, |
| Debtor. | ) | April 2, 2014, 9:30 am |

### AFFIDAVIT OF COLLEEN E. MCMANUS

I, Colleen E. McManus, having first been duly sworn, state:

A. I am an attorney of law, licensed to practice in the State of Illinois for the past 16 years. I have substantial experience representing trustees in legal transactions.

B. This affidavit is submitted in support of my First and Final Application for Allowance of Compensation of Fees and Costs (the "**Application**").

C. I represented Trustee to pursue preference claims against two creditors with whom Trustee's firm had conflicts with and could not pursue on Trustee's behalf in this matter.

D. In connection with that representation, I expended 12.7 hours of attorney time and incurred expenses for messenger services amounting to $293.00. An itemized invoice is attached to the Application as **Exhibit A**.

E. I provided directions for the preparation of Exhibit A and reviewed it before submission to the Trustee and hereby attest to its accuracy.

F. To the best of my knowledge, the information set forth on Exhibit A is true and correct.

SUBSCRIBED AND SWORN TO
before me this 6th day of March, 2014.

_____
Notary Public

MARIBEL CASTRO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 27, 2016

_____
Colleen E. McManus

EXHIBIT B

QB\25346454.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| PICO CHICAGO, INC. | ) | Case No. 12-44865 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | Hearing Date: **Wednesday**, |
| | ) | **April 2, 2014**, at 9:30 a.m. |

## NOTICE OF MOTION

Please take notice that on **Wednesday, April 2, 2014, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff, Room 744, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the *First And Final Application For Allowance Of Compensation Of Fees And Costs Of Colleen E. McManus And The Law Firm Of Carlson Dash, Trustee's Special Counsel and to Limit Notice* ("**Application**") in which Trustee requests compensation in the amount of $3,776.00 to Colleen E. McManus and the law firm of Carlson Dash for 12.7 hours of services rendered and $293.00 for actual costs incurred during her representation of Philip V. Martino as Trustee from May 1, 2013 to August 28, 2013, at which time and place you may appear as you see fit. If you wish to receive a full copy of the Application, including exhibits, please contact Trustee's counsel at the address or email address listed below.

Dated: March 5, 2014

**PHILIP V. MARTINO**, Trustee

Philip V. Martino
Lauren N. Beslow
**QUARLES & BRADY LLP**           By: /s/ Lauren N. Beslow
300 North LaSalle Street, Suite 4000              One of his attorneys
Chicago, Illinois 60654-3406
(312) 715-5000
lauren.beslow@quarles.com

QB\25346454.1

EXHIBIT C