# FILED

APR - 2 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )
          PICO CHICAGO INC.,              )          Case No. 12 B 44865
                                          )
                                          )
                                          )          Chapter 7
          Debtor.                         )
_____)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF QUARLES & BRADY LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $126,849.50 | TOTAL COSTS REQUESTED: | $7,258.50 |
| TOTAL FEES REDUCED: | $4,626.95 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $122,222.55 | TOTAL COSTS ALLOWED: | $7,258.50 |

### TOTAL FEES AND COSTS ALLOWED: $129,481.05

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)      Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)      Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(12)     Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(13)    No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case.  11 U.S.C. § 330(a)(4)(A).  An attorney's internal work, prior to retention, to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable. *See In re ACT Mfg., Inc.*, 281 B.R. 468, 490 (Bankr. D. Mass. 2002).

An attorney is required to balance the costs of performing a service and the benefit it will yield to the estate. *See Matter of Taxman Clothing Co.*, 49 F.3d 310, 316 (7th Cir. 1995).  The court denies fees for services rendered after it should have become apparent to the attorney that the services would not have yielded a net benefit for the estate. *Id.*

Dated:  April 2, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

Philip V. Martino as Trustee for Pico Chicago, Inc.          February 25, 2014
RE: Professional Retention Chapter 7 Bankruptcy             Invoice Number: 1921756
Q & B Matter Number: 148672.00003                          Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 11/15/12 | Review conflict results (.1); emails to Greer regarding same (.1). | PMARTINO | 0.20 |
| 11/19/12 | Review and revise motion to retain Q&B as Trustee's counsel (.4). | LNACHINS | 0.40 |
| 11/27/12 | Emails to/from and conference with Nachinson regarding A/R and preference demand letters, retention, abandonment (.3). | PMARTINO | 0.30 |
| 11/27/12 | Attend court hearing regarding: motion to retain Trustee's counsel and motion to reject lease (1.0); order granting both (.1). | LNACHINS | 1.10 |
| 04/15/13 | Review and revise motion to retain special counsel and affidavit in support thereof. | LNACHINS | 0.30 |
| 05/06/13 | Review and revise November to April time entries (.5). | PMARTINO | 0.50 |
| 06/07/13 | Review May time entries (.2). | PMARTINO | 0.20 |
| 06/20/13 | Revise motion to retain special counsel (.4). | LNACHINS | 0.40 |
| 07/02/13 | Phone conference with C. McManus regarding additions to Motion to Retain (.2); revise Motion to Retain Special Counsel to include addition conflicts and payment information (.7); revise affidavit of C. McManus in support of motion (.3); draft proposed order grating Motion to Retain Special Counsel (.3). | LNACHINS | 1.50 |
| 07/03/13 | Finalize (.2) and file motion to retain special counsel (.2). | LNACHINS | 0.40 |
| 07/09/13 | Review and revise June entries. | PMARTINO | 0.20 |
| 08/05/13 | Review and revise July time entries. | PMARTINO | 0.30 |
| 11/04/13 | Review and revise October time entries. | PMARTINO | 0.20 |
| 12/05/13 | Review and revise time entries. | PMARTINO | 0.40 |
| 01/03/14 | Review and revise December time entries. | PMARTINO | 0.20 |
| 01/28/14 | Prepare draft of first interim fee application for Q&B (1.0). | CGREER | 1.00 |
| 01/31/14 | Work on first interim Q&B fee application. | PMARTINO | 1.10 |

(13)
− 119.86

− $119.86

Philip V. Martino as Trustee for Pico Chicago, Inc.                February 25, 2014
RE: Accounts Receivable Chapter 7 Bankruptcy                       Invoice Number: 1921753
Q & B Matter Number: 148672.00007                                  Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 03/06/13 | Continue drafting complaint for turnover of funds and unjust enrichment (.5). | LNACHINS | 0.50 |
| 03/07/13 | Continue drafting and revise general complaint for turnover of assets (3.0). | LNACHINS | 3.00 |
| 03/22/13 | Lengthy phone conference with company that owes significant open accounts receivable to Debtor (.4); email correspondence regarding proof of same. (.1) | LNACHINS | 0.50 |
| 04/02/13 | Analyze numerous responses from recipients of preference and A/R demand defendants (2.0); correspond with same (.7); continue drafting complaints (.6). | LNACHINS | 3.30 |
| 04/05/13 | Email correspondence with accounts receivable demand recipient regarding asserted defenses. | LNACHINS | 0.30 |
| 06/03/13 | Research addresses for complaints. | DMILLINO | 3.00 |
| 06/03/13 | Draft and revise complaint for turnover of assets against James Winski (1.1), Maman Corporation (1.1), Motorola Solutions (1.1), Gallagher & Assoc. (1.1), Waypoint Design (1.0); work on service issues for complaint (.3). | LNACHINS | 5.70 |
| 06/05/13 | Revise registered agent chart; research addresses and registered agent addresses for various companies and individuals. | DMILLINO | 5.20 |
| 06/05/13 | Continue drafting and revise complaints for turnover of accounts receivable (1.6); correspond with conflicts counsel regarding Volkswagen complaint (.3); review issues regarding lawsuit against Waypoint Design and discuss same with Trustee (.2). | LNACHINS | 2.90 |
| 06/06/13 | Correspond with conflicts counsel regarding complaint against Serta (.4); review and revise numerous complaints in preparation for filing (.6). | LNACHINS | 0.90 |
| 06/07/13 | Finalize, file and serve complaints on Motorola Solutions (.3); Gallagher and Assoc. (.4); Maman Corp. (.4); James Winski (.4) for turnover of open accounts receivable. | LNACHINS | 1.50 |
| 06/25/13 | Draft and revise motion to abandon cause of action against Waypoint Design (1.4); draft email to Trustee regarding same (.1). | LNACHINS | 1.50 |
| 06/26/13 | Revise motion to abandon cause of action against Waypoint Design (.3). | LNACHINS | 0.30 |
| 07/30/13 | Prepare motion to approve abandonment of cause of action against Waypoint Design (.3); draft proposed order for same (.4) file and serve same (.4). | LNACHINS | 1.10 |

⑫
-517.98

⑫
-138.13

- $ 656.11

Philip V. Martino as Trustee for Pico Chicago, Inc.
RE: Accounts Receivable Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00007

February 25, 2014
Invoice Number: 1921753
Page 4

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 09/04/13 | Research Hague Convention. | DMILLINO | 0.40 |
| 09/05/13 | Conference with CT Corporation regarding service of process. | DMILLINO | 0.20 |
| 09/10/13 | Research procedure for service of process delivery in Belgium. | DMILLINO | 3.30 |
| 09/12/13 | Continue to research service of process in Belgium. | DMILLINO | 1.00 |
| 09/17/13 | Correspond with Ms. Beslow regarding service of process according to Hague Convention in Belgium. | DMILLINO | 1.80 |
| 09/17/13 | Review information regarding service of process in Belgium and costs associated with same (.2); email correspondence with D. Millinowisch regarding additional information (.1). | LNACHINS | 0.30 |
| 09/18/13 | Research Hague Convention Treaty regarding enforcement of judgment; research attorney fees in Belgium. | DMILLINO | 3.00 |
| 09/19/13 | Research Belgium attorney rates; conference with Mr. Braun regarding same; conference with Process Service Network regarding service of process procedure; correspond with Ms. Beslow regarding same. | DMILLINO | 2.80 |
| 09/19/13 | Review and correspond with D. Milllinewich regarding costs associated with pursuing lawsuit against Belgium Company (.3); draft motion for default judgment to be used against multiple defendants (.6). | LNACHINS | 0.90 |
| 09/23/13 | Research Hague Convention service of process. | DMILLINO | 0.50 |
| 09/23/13 | Continue drafting general form of motion for default judgment (.6); and Trustee's affidavit in support of same (.7). | LNACHINS | 1.30 |
| 09/24/13 | Research procedure for service of process pursuant to Hague Convention. | DMILLINO | 0.50 |
| 09/25/13 | Continue to research Hague Convention service of process. | DMILLINO | 0.40 |
| 09/26/13 | Obtain information regarding enforcement of judgment pursuant to Hague Convention. | DMILLINO | 1.30 |
| 09/26/13 | Discuss issues related to pursuing Waypoint Design lawsuit in Belgium (.2). | LNACHINS | 0.20 |
| 09/30/13 | Draft affidavit in support of motion to abandon Way Point Design application (1.2) and summary of expenses (.8). | LNACHINS | 2.00 |
| 10/01/13 | Revise (.1) and file affidavit of Trustee in support of motion to abandon Waypoint Design litigation (.3). | LNACHINS | 0.40 |

⑫

−103.60

−$103.60

Philip V. Martino as Trustee for Pico Chicago, Inc.          February 25, 2014
RE: Preferences Chapter 7 Bankruptcy                         Invoice Number: 1921752
Q & B Matter Number: 148672.00008                           Page 4

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 05/15/13 | Draft and revise settlement agreement with EventStar structures (2.4); review response to demand letter from Freeman Decorating and phone conference with Freeman representative regarding same (.5). | LNACHINS | 2.90 |
| 05/16/13 | Review and revise preference complaints (.3); update charts regarding same (.2); meet with D. Millinowisch regarding adding party information to complaints. | LNACHINS | 0.70 |
| 05/16/13 | Conference with Ms. Nachinson regarding gathering information for complaints. | DMILLINO | 0.40 |
| 05/20/13 | Research registered agent, registered office and mailing address of various defendants (3.3); revise documents accordingly (.7). | DMILLINO | 4.00 |
| 05/21/13 | Research various defendants state of formation (1.5); revise documents accordingly (.5). | DMILLINO | 2.00 |
| 05/21/13 | Draft letter to Freeman decorating regarding response to demand letter. | LNACHINS | 0.30 |
| 05/22/13 | Revise complaints (.6); correspond with Ms. Nachinson regarding same (.2). | DMILLINO | 0.80 |
| 05/23/13 | Create chart of registered agent addresses and principal office addresses (.5); correspond with Ms. Nachinson regarding same (.1). | DMILLINO | 0.60 |
| 05/23/13 | Review and revise Complaint and Exhibits against Austin Architectural(1.0) Dimension Design (.9), Exhibit Productions (.9), phone conference with paralegal re: service of complaints (.1). | LNACHINS | 2.90 |
| 05/24/13 | Review and revise adversary complaint and exhibits for same against (i) Olympic Logistics (1.2); (ii) integrated agency (.9); (iii) National Construction Rentals (.8); (iv) Freeman Decorating (.9); (v) Shepard Exposition Services (.8); Blue Cross Blue Shield (.9). | LNACHINS | 5.50 |
| 05/28/13 | Review and revise complaints against Kelly Services (.9); Mainline Studios (.8); Blue Cross Blue Shield (.8). | LNACHINS | 2.50 |
| 05/29/13 | Review and revise complaint against Starlink (.8) and Get Vamp (.7); draft preference complaint against M. Olsen (.8). | LNACHINS | 2.30 |
| 06/06/13 | Draft and revise complaint for avoidance of preferential transfer against T. Roberts (.7) and J. Carroll (.8). | LNACHINS | 1.50 |
| 06/07/13 | Finalize sixteen preference complaints for filing and service (1.4); file and serve same (2.0). | LNACHINS | 3.40 |

(12)

−691.16

−$691.16

Philip V. Martino as Trustee for Pico Chicago, Inc.  February 25, 2014
RE: Shepard Exposition Services Preference Chapter 7 Bankruptcy Invoice Number: 1921751
Q & B Matter Number: 148672.00009  Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 06/25/13 | Review email from Defendant's counsel and documents attached thereto (.3); phone conference with Defendant's counsel regarding necessary information for defenses and future action (.2). | LNACHINS | 0.50 |
| 07/01/13 | Email (.2) and phone conference (.2) with defendants counsel regarding defenses and extension of answer date. | LNACHINS | 0.40 |
| 07/15/13 | Email correspondence with Defendant's counsel regarding court hearing (.1); analyze asserted defenses to complaint and evidence supporting same. (.7); draft email to Trustee setting forth asserted defenses and analysis of same (.5); email correspondence with Defendant's counsel regarding defenses and settlement offer (.3). | LNACHINS | 1.60 |
| 07/17/13 | Email correspondence regarding negotiations towards settlement (.3). | LNACHINS | 0.30 |
| 07/25/13 | Review and analyze settlement proposal from defendant (.2); email correspondence with Trustee regarding same (.2); email correspondence with defendant setting forth Trustee's position (.3). | LNACHINS | 0.70 |
| 07/30/13 | Review Defendant's settlement proposal (.2); discuss same with Trustee (.2). | LNACHINS | 0.40 |
| 08/05/13 | Email correspondence with defendant's counsel re settlement (.2). | LNACHINS | 0.20 |
| 08/06/13 | Email correspondence with defendant regarding settlement (.1). | LNACHINS | 0.10 |
| 08/20/13 | Draft Settlement Agreement (1.0); email correspondence with defendant's counsel regarding same (.1). | LNACHINS | 1.10 |
| 08/26/13 | Review proposed revisions to Settlement Agreement and email correspondence with defendants' counsel regarding same (.3). | LNACHINS | 0.30 |
| 08/27/13 | Email correspondence with defendant's counsel regarding revisions to settlement agreement. | LNACHINS | 0.10 |
| 08/28/13 | Finalize settlement agreement (.1) and email correspondence with defendant's counsel regarding same (.1). | LNACHINS | 0.20 |
| 09/05/13 | Phone conference with defendant's representative regarding settlement check (.2); review fully executed settlement agreement (.1). | LNACHINS | 0.30 |

(12)

_ 69.00

— $69.00

Philip V. Martino as Trustee for Pico Chicago, Inc.  
RE: Shepard Exposition Services Preference Chapter 7 Bankruptcy  
Q & B Matter Number: 148672.00009

February 25, 2014  
Invoice Number: 1921751  
Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 09/13/13 | Review status of settlement payments (.1); email correspondence with defendant's counsel regarding same (.1). | LNACHINS | 0.20 |
| 09/30/13 | Draft and file order to dismiss adversary complaint (.4). | LNACHINS | 0.40 |

⑦ -13.80

*Lumping w/ non-compensable service*

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 7.20 | 345.00 | 2,484.00 |
| Total | | 7.20 | | 2,484.00 |

| | | | | |
|----|------|-------|------|--------|
| Total Fees: | | | $ | 2,484.00 |

-$13.80

Philip V. Martino as Trustee for Pico Chicago, Inc.  February 25, 2014
RE: Gallagher & Associates, LLC A/R collection Chapter 7  Invoice Number: 1921750
Bankruptcy
Q & B Matter Number: 148672.00010  Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2) draft chart of status of case (.2). | LNACHINS | 0.40 |
| 07/02/13 | Phone conference with defendant (.1); review information provided by defendant regarding defense (.2); email correspondence with defendant regarding questions on same (.2); email correspondence with trustee regarding defenses and future action (.2). | LNACHINS | 0.70 |
| 08/05/13 | Email correspondence with Trustee (.2) and defenant (.2) re settlement. | LNACHINS | 0.40 |
| 08/20/13 | Draft Settlement Agreement (1.0) and email correspondence with defendant's counsel regarding same (.1). | LNACHINS | 1.10 |
| 08/22/13 | Review defendant's revisions to settlement agreement (.2); email correspondence with debtor's counsel regarding Georgia Aquarium project (.2). | LNACHINS | 0.40 |
| 08/27/13 | Email correspondence with defendant's counsel regarding revisions to settlement agreement (.3). | LNACHINS | 0.30 |
| 08/28/13 | Finalize settlement agreement (.1) and email correspondence with defendant's counsel regarding same (.1). | LNACHINS | 0.20 |
| 09/30/13 | Draft and file order to dismiss adversary complaint (.4). | LNACHINS | 0.40 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 3.90 | 345.00 | 1,345.50 |
| Total | | 3.90 | | 1,345.50 |

Total Fees:  $  1,345.50

Philip V. Martino as Trustee for Pico Chicago, Inc.        February 25, 2014
RE: Maman Corp. A/R collection Chapter 7 Bankruptcy     Invoice Number: 1921749
Q & B Matter Number: 148672.00011             Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 09/24/13 | Adapt and revise motion for default judgment and affidavit of Trustee to be filed against defendant (.3); prepare exhibits for same (.3). | LNACHINS | 0.60 |
| 09/25/13 | Revise Trustee's affidavit in support of motion for default (.1); draft proposed default judgment order (.3); prepare, file, and serve motion for default judgment (.4). | LNACHINS | 0.80 |
| 10/21/13 | Draft letter to defendant regarding counsel's appearance at hearing and future action (.4). | LNACHINS | 0.40 |
| 10/23/13 | Review settlement offer from defendant (.1); draft email to Trustee analyzing same (.5); phone conference with Trustee regarding same (.1). | LNACHINS | 0.70 |
| 10/24/13 | Email correspondence with defendant's counsel setting forth analysis and settlement proposal (.4). | LNACHINS | 0.40 |
| 10/28/13 | Phone conference with Defendant's counsel regarding settlement (.2); draft email to Trustee regarding same (.2). | LNACHINS | 0.40 |
| 10/29/13 | Draft settlement agreement (.9) and send same to defendant's counsel for review (.1). | LNACHINS | 1.00 |
| 10/30/13 | Email correspondence with Defendant's counsel regarding proof of claim issues (.3). | LNACHINS | 0.30 |
| 11/04/13 | Review invoices for unpaid work (.2); email correspondence regarding same (.2); revise settlement agreement (.2). | LNACHINS | 0.60 |
| 11/05/13 | Review proposed proof of claim and invoices supporting same (.1); execute settlement agreement (.1); email correspondence regarding future action (.2). | LNACHINS | 0.40 |
| 12/10/13 | Draft and file proposed dismissal order (.4). | LNACHINS | 0.40 |
| 12/17/13 | Correspondence with defendant regarding dismissal order (.1). | LNACHINS | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 6.50 | 359.46 | 2,336.50 |
| Total | | 6.50 | | 2,336.50 |

Philip V. Martino as Trustee for Pico Chicago, Inc.                February 25, 2014
RE: James P. Winski A/R collection Chapter 7 Bankruptcy           Invoice Number: 1921748
Q & B Matter Number: 148672.00012                                Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 09/24/13 | Adapt and revise motion for default judgment and affidavit of Trustee to be filed against defendant (.3); prepare exhibits for same (.3). | LNACHINS | 0.60 |
| 09/25/13 | Revise Trustee's affidavit in support of motion for default (.1); draft proposed default judgment order (.3); prepare, file, and serve motion for default judgment (.4). | LNACHINS | 0.80 |
| 10/21/13 | Phone call and email correspondence with D. Woida regarding judgment collection efforts (.2). | LNACHINS | 0.20 |
| 10/22/13 | Conduct Westlaw research for all assets and generate reports (.30); review and verify Westlaw data results (.70); search Secretary of State all state database for entity information (.10); conduct internet searches to verify information (.60); prepare asset memo to file on initial findings (.90). | DXW | 2.60 |
| 10/28/13 | Review asset information from D. Woida (.4); review Debtor's books and records to determine bank account information (.4); draft email to Trustee regarding same and future action (.3). | LNACHINS | 1.10 |
| 11/22/13 | Draft Citation to Discover Assets to JPMorgan Chase Bank (.3); research to obtain service of process address for same (.1); draft document rider for same (.1); draft form Answer to Citation to include with same (.2). | PAF | 0.70 |
| 11/24/13 | Prepare Citation Notice to James Winski (.3); e-mails to attorney regarding same (.1). | PAF | 0.40 |
| 12/02/13 | Phone call with district attorney regarding criminal case against Mr. Winski (.3). | LNACHINS | 0.30 |
| 12/12/13 | Place phone call to police officer on case (.2); review asset information to determine best mechanism for judgment enforcement and proceed with same (.7). | LNACHINS | 0.90 |
| 12/19/13 | Phone call with the assistant state's attorney regarding case against Mr. Winski (.3); correspondence with Trustee regarding same (.2). | LNACHINS | 0.50 |
| 12/23/13 | Begin drafting motion to abandon remaining amount due on default judgment (.5). | LNACHINS | 0.50 |
| 12/26/13 | Continue drafting and revise notice of intent to abandon portion of default judgment (2.1) and proposed order granting same (.6). | LNACHINS | 2.70 |
| 12/30/13 | Revise application to abandon. | LNACHINS | 1.50 |

-$72.24

Philip V. Martino as Trustee for Pico Chicago, Inc.                     February 25, 2014
RE: M. Rogers Design, Inc./Dimension Design Preference Chapter          Invoice Number: 1921747
7 Bankruptcy
Q & B Matter Number: 148672.00013                                       Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 07/25/13 | Email correspondence with defendant's counsel regarding extension of answer date (.2); update chart regarding same (.1). | LNACHINS | 0.30 |
| 09/03/13 | Review email from defendant setting forth defenses (.2); draft response to same (.2); update chart (.1). | LNACHINS | 0.50 |
| 09/10/13 | Review documentation to support ordinary course of business defense (.2); email correspondence with defendant regarding same (.2). | LNACHINS | 0.40 |
| 09/13/13 | Review backup documents for ordinary course of business defense and new value defense (.6); draft lengthy email to Defendant's counsel regarding analysis of defenses and settlement (.7). | LNACHINS | 1.30 |
| 09/24/13 | Adapt and revise motion for default judgment and affidavit of Trustee to be filed against defendant (.9); prepare exhibits for same (.5). | LNACHINS | 1.40 |
| 09/25/13 | Revise Trustee's affidavit in support of motion for default (.1); draft proposed default judgment order (.3); prepare, file, and serve motion for default judgment (.5). | LNACHINS | 0.90 |
| 09/30/13 | Phone conference with counsel regarding settlement (.2) and analyze same (.1). | LNACHINS | 0.30 |
| 10/01/13 | Email correspondence with defendant regarding settlement (.3); email with Trustee regarding same (.1). | LNACHINS | 0.40 |
| 10/13/13 | Draft settlement agreement (0.5) and send same to Defendant's counsel (0.1). | LNACHINS | 0.60 |
| 10/21/13 | Final execution of settlement agreement (.1); email correspondence with Defendant regarding same and future action (.2). | LNACHINS | 0.30 |
| 11/04/13 | Draft (.2) and file (.2) dismissal order. | LNACHINS | 0.40 |
| 11/07/13 | Review entered dismissal order and email same to defendant's counsel (.1). | LNACHINS | 0.10 |

Philip V. Martino as Trustee for Pico Chicago, Inc.                    February 25, 2014
RE: Blue Cross, Blue Shield of Illinois/Health Care Service            Invoice Number: 1921746
Corporation Preference - Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00014                                      Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 07/01/13 | Phone conference with defendant's counsel regarding extension of answer date and defenses to lawsuit (.3). | LNACHINS | 0.30 |
| 08/13/13 | Review and analyze defenses asserted by defendant (.6); review case law cited by defendant (.8); review case law in opposition to defendant's position (.7). | LNACHINS | 2.10 |
| 08/14/13 | Review research on whether health insurance provider is creditor of debtor/employer (.9). | LNACHINS | 0.90 |
| 08/15/13 | Review answer to complaint (.3); research regarding new value defense (.6); begin drafting email to Trustee regarding defenses and future action (.2). | LNACHINS | 1.10 |
| 08/19/13 | Finish drafting lengthy email to Trustee regarding analysis of defenses (.7). | LNACHINS | 0.70 |
| 09/03/13 | Draft lengthy email to Defendant's counsel setting forth analysis of defenses and counter-arguments. | LNACHINS | 1.40 |
| 09/13/13 | Email to Defendant's counsel regarding setting trial date and future action (.2). | LNACHINS | 0.20 |
| 09/30/13 | Email correspondence with counsel regarding future action (.2). | LNACHINS | 0.20 |
| 10/08/13 | Review trial order entered by court and docket dates and update chart (.1); email correspondence with Defendant's counsel regarding same (.1). | LNACHINS | 0.20 |
| 10/24/13 | Begin drafting discovery requests to defendant (.7). | LNACHINS | 0.70 |
| 10/29/13 | Continue drafting and revise discovery requests (1.5). | LNACHINS | 1.50 |
| 10/30/13 | Draft 30(b)(6) deposition notice (.3); continue drafting and revise Interrogatories and document requests (1.2). | LNACHINS | 1.50 |
| 11/11/13 | Phone conference with Defendant's counsel regarding future action (0.1). | LNACHINS | 0.10 |
| 11/12/13 | Review interrogatories and document requests from Defendant to Trustee (.3). | LNACHINS | 0.30 |
| 11/14/13 | Email correspondence with counsel regarding settlement discussions (.1). | LNACHINS | 0.10 |
| 11/15/13 | Draft status update to Trustee (.1); phone call with defendant's counsel regarding settlement (.2). | LNACHINS | 0.30 |

(12) —71.21

—$71.2

Philip V. Martino as Trustee for Pico Chicago, Inc.       February 25, 2014
RE: Blue Cross, Blue Shield of Illinois/Health Care Service    Invoice Number: 1921746
Corporation Preference - Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00014         Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 11/21/13 | E-mail correspondence with Defendant's counsel regarding settlement. | LNACHINS | 0.10 |
| 11/26/13 | E-mail correspondence regarding settlement (0.2); draft Settlement Agreement (0.6). | LNACHINS | 0.80 |
| 11/27/13 | E-mail correspondence regarding settlement agreement. | LNACHINS | 0.10 |
| 12/02/13 | Finalize settlement agreement (.1); email correspondence with defendant regarding same (.1). | LNACHINS | 0.20 |
| 12/05/13 | Email correspondence regarding W-9 and settlement payment (.3). | LNACHINS | 0.30 |
| 12/09/13 | Draft motion to approve settlement (1.2). | LNACHINS | 1.20 |
| 12/10/13 | Review and revise motion to approve settlement agreement (.5); draft proposed order for same (.1); prepare motion and exhibits for filing (.1); file and service same (.2). | LNACHINS | 0.90 |
| 12/17/13 | Email correspondence with defendant regarding order approving settlement and future action (.1). | LNACHINS | 0.10 |
| 12/18/13 | Email correspondence with defendant regarding settlement payment (.1). | LNACHINS | 0.10 |
| 01/08/14 | Draft proposed dismissal order (.2); file same (.2). | LNACHINS | 0.40 |
| 01/15/14 | Email correspondence with defendant's counsel regarding dismissal order and case closed (.1). | LNACHINS | 0.10 |

*(handwritten annotations: "(12)  -71.21" next to 12/10/13 entry; "-71.21" next to 01/08/14 entry)*

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 16.30 | 356.04 | 5,803.50 |
| Total | | 16.30 | | 5,803.50 |

Total Fees:        $    5,803.50

*(handwritten at bottom: -$142.42)*

Philip V. Martino as Trustee for Pico Chicago, Inc.      February 25, 2014
RE: Get Vamp, LLC/Get Vamp Preference Chapter 7 Bankruptcy      Invoice Number: 1921744
Q & B Matter Number: 148672.00016      Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 07/15/13 | Phone conference with defendant (.2); email correspondence with defendant regarding complaint (.2). | LNACHINS | 0.40 |
| 08/19/13 | Update chart with information from recent phone conference (.1); analyze future action (.2). | LNACHINS | 0.30 |
| 09/24/13 | Adapt and revise motion for default judgment and affidavit of Trustee to be filed against defendant (.8); prepare exhibits for same (.4). | LNACHINS | 1.20 |
| 09/25/13 | Revise Trustee's affidavit in support of motion for default (.1); draft proposed default judgment order (.3); prepare, file, and serve motion for default judgment (.5). | LNACHINS | 0.90 |
| 10/21/13 | Phone call and email correspondence with D. Woida regarding judgment collection efforts (.2). | LNACHINS | 0.20 |
| 10/24/13 | Conduct Westlaw research for all assets and generate reports (.30); review and verify Westlaw data results (.80); search Secretary of State all state database for entity information (.10); conduct internet searches to verify information (.80); prepare asset memo to file on initial findings (.70) | DXW | 2.70 |
| 10/28/13 | Review asset information from D. Woida (.4); review Debtor's books and records to determine bank account information (.3); draft email to Trustee regarding same and future action (.3). | LNACHINS | 1.00 |
| 11/08/13 | Phone conference with Defendant's counsel regarding default judgment (.1); email correspondence with Trustee regarding same (.1); work with P. Fedor regarding citation to discover assets (.3). | LNACHINS | 0.50 |
| 11/22/13 | Draft Citation to Discover Assets to KeyBank (.3); research to obtain Illinois service of process address for same (.1); report findings to attorney (.1). | PAF | 0.50 |
| 12/12/13 | Review asset information to determine best mechanism for judgment enforcement and proceed with same (.9). | LNACHINS | 0.90 |
| 12/16/13 | Review account that payment came from due to counsel's claim that it was not debtor's funds (.2); email correspondence with counsel regarding same and judgment enforcement (.2). | LNACHINS | 0.40 |
| 12/17/13 | Review draft Citation to Discover Assets to JPMorgan Chase Bank and related documents and address procedures regarding filing and service of same. | PAF | 0.50 |

Philip V. Martino as Trustee for Pico Chicago, Inc.           February 25, 2014
RE: National Construction Rentals, Inc. Preference Chapter 7   Invoice Number: 1921743
Bankruptcy
Q & B Matter Number: 148672.00017                             Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 06/17/13 | Draft Certificate of Service of Complaint (.2); draft chart of status of case (.2); review email from Defendant's counsel and consider response to same (.1); email Trustee regarding response from Defendant's counsel (.1); email correspondence with Defendant's counsel regarding settlement (.1). | LNACHINS | 0.70 |
| 06/17/13 | Draft Certificate of Service of Complaint (.2); draft chart of status of case (.2); review email from Defendant's counsel and consider response to same (.1); email Trustee regarding response from Defendant's counsel (.1); email correspondence with Defendant's counsel regarding settlement (.1). | LNACHINS | 0.70 |
| 06/20/13 | Draft settlement agreement resolving preference complaint (1.1). | LNACHINS | 1.10 |
| 06/25/13 | Revise settlement agreement with National Construction (.3). | LNACHINS | 0.30 |
| 06/26/13 | Finalize settlement agreement with National Construction (.1); phone and email correspondence with defendant's counsel regarding same (.2). | LNACHINS | 0.30 |
| 08/22/13 | Email correspondence with defendant's counsel regarding order dismissing adversary proceeding (.1). | LNACHINS | 0.10 |
| 09/30/13 | Draft and file order to dismiss adversary complaint (.4). | LNACHINS | 0.40 |

⑦
−13.80

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| LNACHINS | Lauren N. Beslow | 3.60 | 345.00 | 1,242.00 |
| Total | | 3.60 | | 1,242.00 |

Total Fees:                    $    1,242.00

−$13.80

Philip V. Martino as Trustee for Pico Chicago, Inc.                     February 25, 2014
RE: Olympic Logistic Services, Inc. Preference Chapter 7               Invoice Number: 1921742
Bankruptcy
Q & B Matter Number: 148672.00018                                     Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Review answer and affirmative defenses to complaint (.3); email correspondence with Defendant's counsel regarding backup information for defenses (.1); draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.80 |
| 06/26/13 | Review and analyze information regarding defenses to adversary complaint. | LNACHINS | 0.30 |
| 07/01/13 | Email correspondence with defendant's counsel regarding future action and defenses (.3). | LNACHINS | 0.30 |
| 07/09/13 | E-mail correspondence with defendant's counsel regarding upcoming status hearing (.1). | LNACHINS | 0.10 |
| 07/26/13 | Review additional defense information provided by defendant (.8); review case law cited by defendant in support of defense (.5); draft email to Trustee regarding defenses and recommended future action (.5); email correspondence with Trustee regarding Trustee's questions (.3). | LNACHINS | 2.10 |
| 07/30/13 | Prepare motion to approve settlement procedures for filing (.6); draft proposed order for same (.5); file and serve same (.4). | LNACHINS | 1.50 |
| 08/19/13 | Email correspondence with defendant's counsel and Trustee regarding settlement and case law (.8); update chart regarding same (.1). | LNACHINS | 0.90 |
| 09/13/13 | Email correspondence with Defendant's counsel regarding future action (.1). | LNACHINS | 0.10 |
| 09/29/13 | Review motion for summary judgment and information in support thereof (.7); email correspondence with Trustee regarding same (.4). | LNACHINS | 1.10 |
| 09/30/13 | Review case law cited by defendant in support of summary judgment motion (.4); email correspondence with Trustee regarding analysis of same (.4). | LNACHINS | 0.80 |
| 09/30/13 | Research and summarize rules relating to service of international entity (1.5); research and analyze rules relating to substitution of related entity in pending matter (1.5). | ESCHUBE | 3.00 |
| 10/01/13 | Discuss applicability of Rules 19 and 21. | ESCHUBE | 0.20 |
| 10/16/13 | Review new value and ordinary course information (.4). | LNACHINS | 0.40 |
| 10/21/13 | Draft lengthy email to Defendant regarding analysis of defenses and settlement offer (.6). | LNACHINS | 0.60 |

*(handwritten: ⑫ −$70.46)*

*(handwritten: ⑫ −140.92)*

*(handwritten: −$211.38)*

Philip V. Martino as Trustee for Pico Chicago, Inc.           February 25, 2014
RE: Olympic Logistic Services, Inc. Preference Chapter 7       Invoice Number: 1921742
Bankruptcy
Q & B Matter Number: 148672.00018                              Page 3

| Date | Description | Professional | Hours |
|------|------------|--------------|-------|
| 10/24/13 | Counter settlement proposal (.7) and send initial response to same (.2). | LNACHINS | 0.40 |
| 10/25/13 | Draft discovery requests (1.0); phone conference with Defendant's counsel regarding settlement (.3). | LNACHINS | 1.30 |
| 10/30/13 | Email correspondence with defendant's counsel regarding settlement (.3). | LNACHINS | 0.30 |
| 10/31/13 | Email correspondence with defendant's counsel regarding settlement (.1). | LNACHINS | 0.10 |
| 11/04/13 | Draft settlement agreement and send same to defendant's counsel. | LNACHINS | 0.60 |
| 11/05/13 | Review defendant's proposed revisions to settlement agreement (.1); make further revisions (.1); email correspondence regarding same (.1). | LNACHINS | 0.30 |
| 11/11/13 | Email correspondence with defendant's counsel regarding settlement agreement and payment (.1). | LNACHINS | 0.10 |
| 12/10/13 | Draft and file proposed dismissal order (.4). | LNACHINS | 0.40 |
| 12/17/13 | Correspondence with defendant regarding dismissal order (.1). | LNACHINS | 0.10 |

⑦
-14.09

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| ESCHUBE | Evan P. Schube | 3.20 | 230.94 | 739.00 |
| LNACHINS | Lauren N. Beslow | 12.60 | 352.30 | 4,439.00 |
| Total | | 15.80 | | 5,178.00 |

Total Fees:                              $        5,178.00

-$14.09

Philip V. Martino as Trustee for Pico Chicago, Inc.      February 25, 2014
RE: Star Link Company, Inc. Preference Chapter 7 Bankruptcy    Invoice Number: 1921741
Q & B Matter Number: 148672.00019          Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 07/03/13 | Phone conference with defendant's attorney regarding extension of answer date (.1); review and analyze letter setting forth defenses (.3) and email correspondence with defendant's counsel with questions regarding same (.1). | LNACHINS | 0.50 |
| 07/09/13 | Review and analyze additional backup to defenses provided by defendant (0.4); e-mail correspondence with Defendant's counsel regarding same (0.2). | LNACHINS | 0.60 |
| 07/15/13 | Review and analyze additional defense information (.5); draft email to Trustee setting forth analysis defenses and recommended future action (.7). | LNACHINS | 1.20 |
| 07/18/13 | Email correspondence with Defendant's counsel regarding settlement (.3). | LNACHINS | 0.30 |
| 07/25/13 | Review case law and defense information cited by defendant in new email (.3); email correspondence with Trustee regarding same (.2); email correspondence with defendant's counsel regarding dismissal of lawsuit (.2). | LNACHINS | 0.70 |
| 08/20/13 | Draft Order dismissing adversary (.4); file and serve same (.3); email correspondence with defendant's counsel regarding same (.1). | LNACHINS | 0.80 |
| 08/22/13 | Review order dismissing adversary proceeding(.1); email correspondence with defendant's counsel regarding same(.1). | LNACHINS | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 4.70 | 345.00 | 1,621.50 |
| Total | | 4.70 | | 1,621.50 |

Total Fees:          $   1,621.50

Philip V. Martino as Trustee for Pico Chicago, Inc.  February 25, 2014
RE: Austin Architectural Graphics, Inc. Preference Chapter 7 Invoice Number: 1921740
Bankruptcy
Q & B Matter Number: 148672.00020    Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 08/20/13 | Review status of matter to determine future action (.2). | LNACHINS | 0.20 |
| 09/05/13 | Review service of process issues (.3). | LNACHINS | 0.30 |
| 09/24/13 | Adapt and revise motion for default judgment and affidavit of Trustee to be filed against defendant ( ); prepare exhibits for same ( ). | LNACHINS | 1.40 |
| 09/25/13 | Revise Trustee's affidavit in support of motion for default (.1); draft proposed default judgment order (.3); prepare, file, and serve motion for default judgment (.5). | LNACHINS | 0.90 |
| 10/21/13 | Phone call and email correspondence with D. Woida regarding judgment collection efforts (.2). | LNACHINS | 0.20 |
| 10/23/13 | Conduct Westlaw research for all assets and generate reports (.30); review and verify Westlaw data results (.80); search Secretary of State all state database for entity information (.10); conduct internet searches to verify information (.80); prepare asset memo to file on initial findings (.90) | DXW | 2.90 |
| 10/28/13 | Review asset information from D. Woida (.4); review Debtor's books and records to determine bank account information (.4); draft email to Trustee regarding same and future action (.3). | LNACHINS | 1.10 |
| 11/08/13 | Work with P. Fedor regarding citation to discover assets (.3) | LNACHINS | 0.30 |
| 11/08/13 | Work with P. Fedor regarding citation to discover assets (.3). | LNACHINS | 0.30 |
| 11/22/13 | Draft Citation to Discover Assets to JPMorgan Chase Bank (.3); research to obtain service of process address for same (.1); draft document rider for same (.1); draft form Answer to Citation to include with same (.2). | PAF | 0.70 |
| 11/24/13 | Prepare Citation Notice to Austin Architectural Graphics (.3); e-mails regarding same (.1). | PAF | 0.40 |
| 12/12/13 | Review asset information to determine best mechanism for judgment enforcement and proceed with same (.9). | LNACHINS | 0.90 |
| 12/17/13 | Discuss citation to discover assets with P. Fedor (.3); send citation to Chase Bank (.2). | LNACHINS | 0.50 |
| 12/19/13 | Discuss citation with P. Fedor (.2). | LNACHINS | 0.20 |
| 12/23/13 | Revise and serve Notice of Citation on Defendant (.3); file notice and citations with court (.3). | LNACHINS | 0.60 |

(12)
— 71.32

(4)
— 63.00

(12)
— 106.97

— $241.29

Philip V. Martino as Trustee for Pico Chicago, Inc.                February 25, 2014
RE: Freeman Decorating Services, Inc. Preference Chapter 7          Invoice Number: 1921739
Bankruptcy
Q & B Matter Number: 148672.00021                                  Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/14/13 | Draft certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 08/08/13 | Phone and e-mail correspondence with representative of Freeman regarding defense information (0.3). | LNACHINS | 0.30 |
| 08/14/13 | Review defense information provided by defendant (.6); email correspondence with defendant requesting additional information (.3). | LNACHINS | 0.90 |
| 08/23/13 | Phone conference with defendant representative regarding defenses to lawsuit (.3). | LNACHINS | 0.30 |
| 09/05/13 | Review and analyze defense letter and backup from defendant (.5); research regarding constructive trust (.5); draft lengthy response to defendant (.7). | LNACHINS | 1.70 |
| 09/13/13 | Review status of settlement discussions (.1); email correspondence with Defendant's counsel regarding future action (.1). | LNACHINS | 0.20 |
| 09/18/13 | Review additional defense information from defendant (.2) and respond to same (.3). | LNACHINS | 0.50 |
| 09/19/13 | Analyze settlement offer from defendant (.2); email correspondence with defendants counsel regarding same (.2). | LNACHINS | 0.40 |
| 09/30/13 | Draft settlement agreement (.8). | LNACHINS | 0.80 |
| 10/23/13 | Review defendant's changes to settlement agreement (.1); further revise same (.2); email correspondence with defendant regarding revised settlement agreement (.2). | LNACHINS | 0.50 |
| 11/04/13 | Email correspondence with defendant's counsel regarding settlement agreement and court approval (.2); finalize settlement agreement (.1). | LNACHINS | 0.30 |
| 11/15/13 | Begin drafting motion to approve settlement (.2). | LNACHINS | 0.20 |
| 11/18/13 | Continue drafting and revise motion to approve settlement agreement (1.4) and proposed order for same (.1). | LNACHINS | 1.50 |
| 12/10/13 | Review and revise motion to approve settlement agreement (.5); draft proposed order for same (.1); prepare motion and exhibits for filing (.1); file and service same (.2). | LNACHINS | 0.90 |
| 12/17/13 | Email correspondence with defendant regarding order approving settlement and future action (.1). | LNACHINS | 0.10 |
| 01/08/14 | Draft proposed dismissal order (.2); file same (.2). | LNACHINS | 0.40 |

Philip V. Martino as Trustee for Pico Chicago, Inc.            February 25, 2014
RE: The Integrated Agency, LLC Preference Chapter 7 Bankruptcy   Invoice Number: 1921738
Q & B Matter Number: 148672.00022                               Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 06/25/13 | Review defense information provided by defendant (.3); email correspondence with defendants' counsel regarding same (.1); update chart to reflect recent occurrences (.1). | LNACHINS | 0.50 |
| 07/01/13 | Review email from counsel regarding work done on Audi proposal (.1); draft email regarding contemp. new value defense (.2). | LNACHINS | 0.30 |
| 07/15/13 | Analyze additional defense information from defendant (.6). | LNACHINS | 0.60 |
| 07/17/13 | Phone conference with defendant's counsel regarding status (.1). | LNACHINS | 0.10 |
| 07/25/13 | Analyze additional factual information provided by defendant (.5); continue drafting e-mail to Trustee setting forth analysis of defenses and recommended future action (.4); draft email to defendant's counsel setting forth settlement offer and reasoning (.5). | LNACHINS | 1.40 |
| 07/26/13 | Email correspondence with defendant's counsel (.2) and trustee (.2) regarding payment of settlement amount over time. | LNACHINS | 0.40 |
| 07/29/13 | Begin drafting settlement agreement with the Integrated Agency. | LNACHINS | 0.60 |
| 07/30/13 | Continue drafting and revise settlement agreement (.9); email correspondence with defendant's counsel regarding same (.2). | LNACHINS | 1.10 |
| 08/15/13 | Finalize settlement agreement (.1); email correspondence with defendant's counsel regarding same (.2); update chart to reflect same (.1). | LNACHINS | 0.40 |
| 11/05/13 | Draft dismissal order (.2); file same (.1). | LNACHINS | 0.30 |
| 11/07/13 | Review entered dismissal order and email same to defendant's counsel (.1). | LNACHINS | 0.10 |

*Handwritten annotations: ⑫ 69.26 (near 06/17/13 row); ⑫ 34.63 (near 11/05/13 row)*

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 6.20 | 346.29 | 2,147.00 |
| Total | | 6.20 | | 2,147.00 |

*Handwritten annotation: -$103.89*

Philip V. Martino as Trustee for Pico Chicago, Inc.
RE: Kelly Services, Inc. Preference Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00023

February 25, 2014
Invoice Number: 1921737
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 07/02/13 | Phone conference with defendant's counsel regarding defense letter and extension of answer date; update chart regarding same. | LNACHINS | 0.30 |
| 08/05/13 | Review and analyze defense information from Defendant (.7); draft email to Trustee re same (.5). | LNACHINS | 1.20 |
| 08/08/13 | Phone conference with Trustee regarding settlement (0.1); draft e-mail to defendant's counsel regarding settlement (0.4). | LNACHINS | 0.50 |
| 08/13/13 | Email correspondence with defendant regarding settlement and future action. | LNACHINS | 0.30 |
| 08/22/13 | Review answer and affirmative defenses filed with the court (.3). | LNACHINS | 0.30 |
| 09/18/13 | Review email from Defendant's counsel regarding entity that received transfers (.1); review documents regarding same (.2); draft email to Defendant's counsel with documentation. | LNACHINS | 0.40 |
| 09/25/13 | Review and analyze information from Defendant regarding payment transfer to Canadian entity (.3); email correspondence with Trustee regarding same (.3). | LNACHINS | 0.60 |
| 09/26/13 | Phone conference with Trustee regarding future action (.1); review rules regarding amendment to complaint (.1); email correspondence with Defendant's counsel regarding future action (.2). | LNACHINS | 0.40 |
| 09/27/13 | Email correspondence with Defendant's counsel regarding receipt of funds (.2). | LNACHINS | 0.20 |
| 09/29/13 | Review payment receipt information from defendant (.3); email correspondence with Trustee with analysis of same (.4). | LNACHINS | 0.70 |
| 09/30/13 | Email correspondence with counsel regarding future action (.2). | LNACHINS | 0.20 |
| 10/01/13 | Phone and email correspondence with counsel regarding dismissal of complaint (.2); draft and file dismissal order (.3). | LNACHINS | 0.50 |
| 11/11/13 | Research regarding service of process of Canadian entity (.9); whether Kelly Canada is authorized to do business in Illinois (.5); assets of Kelly Canada (.7); enforcement of judgment in Canada (.7). | LNACHINS | 2.80 |
| 11/12/13 | Review process of service requirements for Canadian entity (.5) and draft email to Trustee regarding same (.6). | LNACHINS | 1.10 |

(12)

— $71.83

— $ 71.83

Philip V. Martino as Trustee for Pico Chicago, Inc.          February 25, 2014
RE: Kelly Services, Inc. Preference Chapter 7 Bankruptcy     Invoice Number: 1921737
Q & B Matter Number: 148672.00023                            Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 11/15/13 | Draft and file Adversary Complaint against Canadian entity (1.8); arrange for service of process via APS International (.7); draft motion to extend answer deadline to 45 days after service (.9). | LNACHINS | 3.40 |
| 11/18/13 | Revise motion (.3); draft proposed order (.2); file and serve motion and order (.3). | LNACHINS | 0.80 |
| 11/26/13 | Attend court hearing regarding Motion for Extension of Answer Date as Required for International Service (1.0). | LNACHINS | 1.00 |
| 11/27/13 | Revise information for international process server to include order extending answer date (0.1); draft letter to process server regarding same (0.2). | LNACHINS | 0.30 |
| 12/05/13 | Email correspondence with Trustee regarding settlement offer (.4); phone call with Trustee regarding same (.2); draft response to Defendant regarding settlement (.4). | LNACHINS | 1.00 |
| 12/09/13 | Email correspondence with defendant's counsel regarding settlement (.3). | LNACHINS | 0.30 |
| 12/11/13 | Correspondence with APS - foreign process server (.2). | LNACHINS | 0.20 |
| 12/17/13 | Correspondence with process server regarding timing of service and payment of invoice (.1). | LNACHINS | 0.10 |
| 01/02/14 | Review settlement offer from defendant (.1); email correspondence with Trustee regarding same (.2). | LNACHINS | 0.30 |
| 01/03/14 | E-mail correspondence with Defendant's counsel regarding settlement (.30) | LNACHINS | 0.30 |
| 01/06/14 | Draft settlement agreement (.70); E-mail with Defendant's counsel regarding same (.10). | LNACHINS | 0.80 |
| 01/27/14 | Email correspondence regarding settlement agreement (.2). | LNACHINS | 0.20 |
| 01/28/14 | Finalize and execute settlement agreement (.2). | LNACHINS | 0.20 |

*(handwritten: ⑫ — 107.75)*

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 18.80 | 359.15 | 6,752.00 |
| Total | | 18.80 | | 6,752.00 |

|  |  |  |  |  |
|--|--|--|--|--|
| Total Fees: | | | $ | 6,752.00 |

*(handwritten: -$107.75)*

Philip V. Martino as Trustee for Pico Chicago, Inc.                    February 25, 2014
RE: Mainline Studios, Inc. Preference Chapter 7 Bankruptcy            Invoice Number: 1921736
Q & B Matter Number: 148672.00024                                     Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft Certificate of Service of Complaint (.2); draft chart of status of case (.2); review status of company on Illinois business registry (.2); email correspondence with Trustee regarding future action (.2). | LNACHINS | 0.40 |
| 07/02/13 | Phone conference with B. Levin regarding summons and complaint. | LNACHINS | 0.10 |
| 07/09/13 | Review answer filed by defendant (0.2); e-mail correspondence with defendant regarding same (0.1); review and analyze defense letter from defendant and invoices supporting same (0.7); e-mail correspondence with defendant regarding same (0.1); update chart with information (0.1). | LNACHINS | 1.20 |
| 08/14/13 | Review invoices provided by defendant in support of defense (.2); email correspondence regarding same (.2). | LNACHINS | 0.40 |
| 08/19/13 | Begin reviewing additional defense information provided by defendant (.3). | LNACHINS | 0.30 |
| 09/17/13 | Assess ordinary course of business defense based on updated information from Defendant (.3); draft email to Defendant regarding same and settlement (.4). | LNACHINS | 0.70 |
| 09/30/13 | Review email from defendant regarding settlement (.2) and respond to same (.1). | LNACHINS | 0.30 |
| 10/08/13 | Review trial order entered by court and docket dates and update chart (.1); email correspondence with Defendant's counsel regarding same (.1). | LNACHINS | 0.20 |
| 10/21/13 | Email correspondence with defendant regarding trial (.1). | LNACHINS | 0.10 |
| 10/23/13 | Draft settlement agreement (1.0). | LNACHINS | 1.00 |
| 10/29/13 | Revise settlement agreement (.1); email correspondence with defendant regarding same (.1). | LNACHINS | 0.20 |
| 11/04/13 | E-mail correspondence with defendant regarding settlement agreement (0.1). | LNACHINS | 0.10 |
| 11/12/13 | Execute settlement agreement (.1); email correspondence with Defendant regarding same (.1). | LNACHINS | 0.20 |
| 11/15/13 | Email correspondence with defendant regarding next steps (.1). | LNACHINS | 0.10 |
| 12/10/13 | Draft and file proposed dismissal order (.4). | LNACHINS | 0.40 |
| 12/17/13 | Correspondence with defendant regarding dismissal order (.1). | LNACHINS | 0.10 |

⑦ — 14.13

—$14.13

Philip V. Martino as Trustee for Pico Chicago, Inc.            February 25, 2014
RE: Michael Olson Preference Chapter 7 Bankruptcy              Invoice Number: 1921735
Q & B Matter Number: 148672.00025                             Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 08/13/13 | Review backup information for preference complaint (.1); email correspondence with defendant's counsel regarding same (.2). | LNACHINS | 0.30 |
| 09/24/13 | Adapt and revise motion for default judgment and affidavit of Trustee to be filed against defendant (.6); prepare exhibits for same (.4). | LNACHINS | 1.00 |
| 09/25/13 | Revise Trustee's affidavit in support of motion for default (.1); draft proposed default judgment order (.3); prepare, file, and serve motion for default judgment (.5). | LNACHINS | 0.90 |
| 09/26/13 | Phone conference with Defendant's counsel regarding settlement (.2); review backup documents (.1). | LNACHINS | 0.30 |
| 09/29/13 | Email correspondence with counsel regarding settlement (.3). | LNACHINS | 0.30 |
| 10/01/13 | Phone call with counsel regarding settlement (.1). | LNACHINS | 0.10 |
| 10/13/13 | Draft settlement agreement (0.5); e-mail correspondence with Defendant's counsel regarding same (0.1). | LNACHINS | 0.60 |
| 10/23/13 | Email correspondence with Defendant's counsel regarding proof of defendant's insolvency and net worth (.1). | LNACHINS | 0.10 |
| 11/15/13 | Email correspondence regarding status of settlement agreement (.1). | LNACHINS | 0.10 |
| 11/15/13 | Begin drafting motion to approve settlement (.2). | LNACHINS | 0.20 |
| 11/18/13 | Continue drafting and revise motion to approve settlement agreement (1.4) and proposed order for same (.1). | LNACHINS | 1.50 |
| 12/05/13 | Review documents from Defendant regarding inability to pay more for settlement (.3); email correspondence with counsel regarding same (.1). | LNACHINS | 0.40 |
| 12/09/13 | Email correspondence with counsel regarding court approval for settlement and timing of settlement payment (.3). | LNACHINS | 0.30 |
| 12/10/13 | Review and revise motion to approve settlement agreement (.5); draft proposed order for same (.1); prepare motion and exhibits for filing (.1); file and service same (.2). | LNACHINS | 0.90 |
| 12/11/13 | Email correspondence with defendant's counsel regarding execution of settlement agreement (.3). | LNACHINS | 0.30 |
| 12/16/13 | Finalize settlement agreement (.1); and email correspondence with defendant's counsel regarding same (.1). | LNACHINS | 0.20 |

12   −71.49

−$71.49

Philip V. Martino as Trustee for Pico Chicago, Inc.                February 25, 2014
RE: Michael Olson Preference Chapter 7 Bankruptcy                Invoice Number: 1921735
Q & B Matter Number: 148672.00025                                Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 12/17/13 | Email correspondence with defendant regarding order approving settlement and future action (.1). | LNACHINS | 0.10 |
| 01/08/14 | Draft proposed dismissal order (.2) file same (.2). | LNACHINS | 0.40 |
| 01/15/14 | Email correspondence with defendant's counsel regarding dismissal order and case closed (.1). | LNACHINS | 0.10 |

⑫ — 71.49

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|------|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 8.50 | 357.47 | 3,038.50 |
| Total | | 8.50 | | 3,038.50 |

|  | Total Fees: | | $ | 3,038.50 |

— $ 71.49

Philip V. Martino as Trustee for Pico Chicago, Inc.  
RE: Thurston Roberts Preference Chapter 7 Bankruptcy  
Q & B Matter Number: 148672.00026

February 25, 2014  
Invoice Number: 1921734  
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 08/13/13 | Review backup information for preference complaint (.1); email correspondence with defendant's counsel regarding same (.2). | LNACHINS | 0.30 |
| 09/24/13 | Adapt and revise motion for default judgment and affidavit of Trustee to be filed against defendant (.6); prepare exhibits for same (.4). | LNACHINS | 1.00 |
| 09/25/13 | Revise Trustee's affidavit in support of motion for default (.1); draft proposed default judgment order (.3); prepare, file, and serve motion for default judgment (.5). | LNACHINS | 0.90 |
| 09/26/13 | Phone conference with Defendant's counsel regarding settlement (.1); review email correspondence with Trustee regarding settlement other (.2). | LNACHINS | 0.30 |
| 09/29/13 | Email correspondence with counsel regarding settlement (.3). | LNACHINS | 0.30 |
| 10/01/13 | Phone call with counsel regarding settlement (.1). | LNACHINS | 0.10 |
| 10/06/13 | Draft settlement agreement (.7). | LNACHINS | 0.70 |
| 10/13/13 | Revise settlement agreement (0.2). | LNACHINS | 0.20 |
| 10/30/13 | Finalize settlement agreement (.2) and update chart (.1). | LNACHINS | 0.30 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 4.50 | 350.78 | 1,578.50 |
| Total | | 4.50 | | 1,578.50 |

Total Fees:   $   1,578.50

Philip V. Martino as Trustee for Pico Chicago, Inc.
RE: Motorola Solutions, Inc. A/R collection
Q & B Matter Number: 148672.00027

February 25, 2014
Invoice Number: 1921733
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Phone conference with representative of Defendant regarding defense to lawsuit and future action. | LNACHINS | 0.30 |
| 07/15/13 | Review and analyze defense information from defendant (.5); draft email to Trustee regarding same and recommended future action (.4); review post-petition bank statements to determine validity of defense (.4). | LNACHINS | 1.30 |
| 07/25/13 | Email correspondence with defendant's counsel regarding dismissal of lawsuit (.2). | LNACHINS | 0.20 |
| 08/20/13 | Draft Order dismissing adversary (.4); file and serve same (.3); email correspondence with defendant's counsel regarding same (.1). | LNACHINS | 0.80 |
| 08/22/13 | Review order dismissing adversary proceeding (.1); email correspondence with defendant's counsel regarding same (.1) | LNACHINS | 0.20 |

*(handwritten: (12) -103.50)*

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|------|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 2.80 | 345.00 | 966.00 |
| Total | | 2.80 | | 966.00 |

| | | | | |
|---|---|---|---|---|
| | Total Fees: | | $ | 966.00 |

*(handwritten: -$103.50)*

Philip V. Martino as Trustee for Pico Chicago, Inc.
RE: James Carroll Preference Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00028

February 25, 2014
Invoice Number: 1921732
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/17/13 | Draft and file certificate of service of complaint (.2); draft chart of status of case (.2). | LNACHINS | 0.40 |
| 08/14/13 | Review answer and affirmative defense filed by defendant (.3); email correspondence with counsel regarding same (.2). | LNACHINS | 0.50 |
| 08/21/13 | Gather and send all preference backup documents to Defendant's counsel (.4). | LNACHINS | 0.40 |
| 08/22/13 | Review trial order (.1); email correspondence with Trustee regarding future action (.2). | LNACHINS | 0.30 |
| 08/23/13 | Calendar all trial related dates (.2) and communicate with trustee regarding same (.1). | LNACHINS | 0.30 |
| 08/28/13 | Draft interrogatories and document requests to defendant (2.0). | LNACHINS | 2.00 |
| 08/29/13 | Review and revise interrogatories and document requests (1.0) and serve same (.1). | LNACHINS | 1.10 |
| 09/18/13 | Review interrogatories and document request from Defendant to Trustee (.3). | LNACHINS | 0.30 |
| 09/19/13 | Analyze timing of expense reports and payments (.8); email correspondence with trustee regarding strategy and future action(.8); email correspondence with debtors counsel regarding potential witness at trial (.3); email correspondence with defendants counsel regarding witness identification (.1); work on production of documents in response to document requests(.4). | LNACHINS | 2.40 |
| 09/26/13 | Draft email to Pico Europe employee regarding ordinary practice on expense reimbursements (.2); phone conference with Defendant's counsel regarding settlement (.2); review lengthy email from Defendant's counsel setting forth defenses (.2); phone conference with Trustee regarding settlement (.1). | LNACHINS | 0.70 |
| 09/30/13 | Draft settlement agreement (.8). | LNACHINS | 0.80 |
| 10/21/13 | Final execution of settlement agreement (.1); email correspondence with Defendant regarding same and future action (.2). | LNACHINS | 0.30 |
| 11/15/13 | Begin drafting motion to approve settlement (.2). | LNACHINS | 0.20 |
| 11/18/13 | Continue drafting and revise motion to approve settlement agreement (1.4) and proposed order for same (.1). | LNACHINS | 1.50 |

Philip V. Martino as Trustee for Pico Chicago, Inc.
RE: James Carroll Preference Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00028

February 25, 2014
Invoice Number: 1921732
Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 12/10/13 | Review and revise motion to approve settlement agreement (.5); draft proposed order for same (.1); prepare motion and exhibits for filing (.1); file and service same (.2). | LNACHINS | 0.90 |
| 12/17/13 | Email correspondence with defendant regarding order approving settlement and future action (.1). | LNACHINS | 0.10 |
| 01/08/14 | Draft proposed dismissal order (.2); file same (.2). | LNACHINS | 0.40 |
| 01/15/14 | Email correspondence with defendant's counsel regarding dismissal order and case closed (.1). | LNACHINS | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 12.70 | 350.51 | 4,451.50 |
| Total | | 12.70 | | 4,451.50 |

Total Fees:          $      4,451.50

Philip V. Martino as Trustee for Pico Chicago, Inc.
RE: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00006

February 25, 2014
Invoice Number: 1921754
Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 07/09/13 | Draft chart of status of all adversary proceedings and requested action by court for upcoming status hearing (1.3). | LNACHINS | 1.30 |
| 07/10/13 | Prepare for (0.2) and attend court hearing on Motion to Retain Special counsel and status on all adversary proceedings (1.7). | LNACHINS | 1.90 |
| 08/20/13 | Review status of all adversary proceedings (.8); draft and file chart related to same (.6). | LNACHINS | 1.40 |
| 08/21/13 | Attend court hearing on all adversary proceedings (2.1); email correspondence with Trustee regarding same (.3). | LNACHINS | 2.40 |
| 08/28/13 | Work on issues related to proof of expense for pursuing Waypoint Design lawsuit. | LNACHINS | 0.30 |
| 09/30/13 | Draft chart of status of cases for upcoming hearing(.4). | LNACHINS | 0.40 |
| 10/01/13 | Prepare for hearing by finalizing and filing chart (.3) gather all necessary documents (.3). | LNACHINS | 0.60 |
| 10/02/13 | Attend status hearing on all pending adversary proceedings (1.7). | LNACHINS | 1.70 |
| 10/06/13 | Email correspondence with paralegal and Trustee regarding judgment enforcement (.3). | LNACHINS | 0.30 |
| 10/28/13 | Research regarding procedure for judgment enforcement. | LNACHINS | 0.70 |
| 10/29/13 | Attention to judgment enforcement issues (.4). | LNACHINS | 0.30 |
| 11/04/13 | Research information for chart (.4) draft and file (.1) chart showing status of adversary proceedings for upcoming hearing. | LNACHINS | 1.00 |
| 11/05/13 | Prepare for status hearing (.2). | LNACHINS | 0.30 |
| 11/06/13 | Attend status hearing on all pending matters (1.8); correspond with Trustee regarding same (.3); e-mail correspondence with numerous defendants regarding status hearing (.2). | LNACHINS | 2.30 |
| 11/15/13 | Draft summary of estimated future collections (.3). | LNACHINS | 0.30 |
| 12/06/13 | Update chart for recent occurrences in adversary proceedings (.3). | LNACHINS | 0.30 |
| 12/11/13 | Draft chart of amount brought in from each defendant (1.1); continue drafting chart of status of all adversaries for upcoming hearing (.3). | LNACHINS | 1.40 |
| 12/16/13 | Finalize and file chart of status of all adversary proceedings (.2) prepare for court hearing (.5). | LNACHINS | 0.70 |

Philip V. Martino as Trustee for Pico Chicago, Inc.      February 25, 2014
RE: General/Costs Chapter 7 Bankruptcy     Invoice Number: 1921754
Q & B Matter Number: 148672.00006     Page 4

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 12/17/13 | Attend court hearing in all pending adversary proceedings and motions to abandon cause of action (1.5); correspondence with Trustee regarding same (.1). | LNACHINS | 1.60 |
| 12/19/13 | Continue drafting chart with total amounts collected to include net amounts due as determined by Trustee (.5). | LNACHINS | 0.50 |
| 01/06/14 | Continue research regarding and drafting chart of amounts recovered to include all demand letters (3.1). | LNACHINS | 3.10 |
| 01/09/14 | Draft and file chart of status of adversary cases for upcoming hearing (.3). | LNACHINS | 0.30 |
| 01/13/14 | Prepare for upcoming hearing (.3). | LNACHINS | 0.30 |
| 01/14/14 | Attend court hearing on all open adversary proceedings and motion to abandon portion of default judgment against James Winski (1.3). | LNACHINS | 1.50 |
| 01/16/14 | Phone conference with C. McManus regarding status of Volkswagen and Serta cases (.2); revise chart to include same (.2); finalize chart and send to Trustee (.1). | LNACHINS | 0.50 |
| 01/22/14 | Phone conference with Greenslate creative regarding payment from J. Winski (.1); review chart regarding payment from J. Winski (.2). | LNACHINS | 0.30 |
| 01/27/14 | Phone conference and email correspondence with attorney for Greenslate regarding amounts collected from James Winski (.6); review fake invoices related to same (.2); email correspondence with Trustee regarding same (1.1). | LNACHINS | 0.90 |
| 01/29/14 | Review email from J. Graffius regarding timeline of events between Greenslate and Pico (.2); phone conference with Trustee regarding same (.1). | LNACHINS | 0.30 |
| 01/30/14 | Draft email to J. Graffuis. | LNACHINS | 0.30 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 43.30 | 354.01 | 15,328.50 |
| Total | | 43.30 | | 15,328.50 |

Total Fees:  $  15,328.50