EUGENE R. WEDOFF
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PICO CHICAGO INC. | § | Case No. 12-44865 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PHILIP V. MARTINO_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-44865 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | PICO CHICAGO INC. | | | Date Filed (f) or Converted (c): | 11/13/12 (f) |
| | | | | 341(a) Meeting Date: | 01/09/13 |
| For Period Ending: | 11/20/14 | | | Claims Bar Date: | 04/15/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wells Fargo Bank Accounts | 224.26 | 27,595.82 | | 27,595.82 | FA |
| 2. Security Deposit Held by Landlord | 3,605.00 | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE | 492,033.87 | 134,232.02 | | 149,232.02 | FA |
| 4. Office Supplies | 2,047.50 | 0.00 | OA | 0.00 | FA |
| 5. OFFICE FURNITURE | 2,001.75 | 0.00 | OA | 0.00 | FA |
| 6. PREFERENCE | 332,602.73 | 133,719.20 | | 133,719.20 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $832,515.11 | $295,547.04 | | $310,547.04 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/14    Current Projected Date of Final Report (TFR): 10/31/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1  Exhibit B

| Case No: | 12-44865 -ERW | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | PICO CHICAGO INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9846  Checking Account |
| Taxpayer ID No: | *******1164 | | |
| For Period Ending: | 11/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 287,781.97 | | 287,781.97 |
| 03/04/14 | 6 | Karen M. and Thurston J. Roberts | Settlement payment | 1141-000 | 640.00 | | 288,421.97 |
| 03/04/14 | 6 | Austin Architectural Graphics | Settlement payment | 1141-000 | 8,858.00 | | 297,279.97 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 206.97 | 297,073.00 |
| 03/11/14 | 6 | Getvamp LLC | Settlement payment | 1141-000 | 9,000.00 | | 306,073.00 |
| 04/02/14 | 6 | Karen M. and Thurston J. Roberts | Payment on Settlement | 1141-000 | 640.00 | | 306,713.00 |
| | | | This deposit was made 3/28/14.  Because of the use of handwritten deposit slips, I inadvertently failed to fill in the ledger on the day of deposit. | | | | |
| 04/02/14 | 005001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Pro Rata Bond 016026455 | 2300-000 | | 299.89 | 306,413.11 |
| 04/02/14 | 005002 | Quarles & Brady LLP | First Interim Fees and Costs | | | 129,481.05 | 176,932.06 |
| | | | Fees         122,222.55 | 3110-000 | | | |
| | | | Expenses       7,258.50 | 3120-000 | | | |
| 04/02/14 | 005003 | Carlson Dash | Final Fees and Costs | | | 4,069.00 | 172,863.06 |
| | | | Fees           3,776.00 | 3210-000 | | | |
| | | | Expenses         293.00 | 3220-000 | | | |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 449.42 | 172,413.64 |
| 04/30/14 | 6 | Karen M. Roberts and Thurston J. Roberts | Payment on Settlement | 1141-000 | 640.00 | | 173,053.64 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 268.44 | 172,785.20 |
| 06/03/14 | 6 | Karen M. and Thurston J Roberts | Payment on Settlement | 1141-000 | 640.00 | | 173,425.20 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 256.89 | 173,168.31 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 249.08 | 172,919.23 |
| 07/15/14 | 6 | Karen M. and Thurston J. Roberts | Payment on Settlement | 1141-000 | 640.00 | | 173,559.23 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 257.62 | 173,301.61 |

Page Subtotals    308,839.97    135,538.36

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-44865 -ERW | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | PICO CHICAGO INC. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******9846 Checking Account |
| Taxpayer ID No: | *******1164 |  |  |
| For Period Ending: | 11/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/11/14 | 6 | Karen M. Roberts and Thurston J. Roberts | Final Payment | 1141-000 | 640.00 |  | 173,941.61 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 309,479.97 | 135,538.36 | 173,941.61 |
| Less: Bank Transfers/CD's | 287,781.97 | 0.00 |  |
| Subtotal | 21,698.00 | 135,538.36 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 21,698.00 | 135,538.36 |  |

Page Subtotals    640.00    0.00

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-44865 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | PICO CHICAGO INC. | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******9926 Congressional Bank Checking Account |
| Taxpayer ID No: | *******1164 | | | |
| For Period Ending: | 11/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/31/13 | 3 | CBRE, Inc. | Pay Invoice 1419 | 1121-000 | 7,895.26 | | 7,895.26 |
| 01/31/13 | 3 | Jones Lang LaSalle Americas | Pay Invoice 1381 | 1121-000 | 3,205.93 | | 11,101.19 |
| 03/08/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.64 | 11,090.55 |
| 03/11/13 | 3 | CORT Business Services Corporation | Accounts Receivable Payment | 1121-000 | 1,728.90 | | 12,819.45 |
| * 03/22/13 | | Serta Mattress Company | Accounts Receivable Payment | 1121-003 | 16,566.00 | | 29,385.45 |
| * 03/26/13 | | Serta Mattress Company | Accounts Receivable Payment | 1121-003 | -16,566.00 | | 12,819.45 |
| | | | Did not forward to bank timely. Will redeposit. | | | | |
| 03/26/13 | 3 | Serta Mattress Company | Accounts Receivable Payment | 1121-000 | 1,566.00 | | 14,385.45 |
| 03/27/13 | | SERTA MATTRESS COMPANY | 3/26/13 DEPOSIT WAS 16,566.00 | 1121-000 | 15,000.00 | | 29,385.45 |
| 04/22/13 | | Congressional Bank | Bank Charges | 2600-000 | | 15.80 | 29,369.65 |
| 05/09/13 | | Congressional Bank | Bank Charges | 2600-000 | | 30.18 | 29,339.47 |
| 05/28/13 | 1 | Wells Fargo Bank | Bank Account Balances | 1129-000 | 27,595.82 | | 56,935.29 |
| 06/04/13 | | Congressional Banki | Bank Charges | 2600-000 | | 33.99 | 56,901.30 |
| 07/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 58.46 | 56,842.84 |
| 08/02/13 | 3 | Jones Lang LaSalle Americas, Inc. | Payment of Invoice 1244865 | 1121-000 | 3,205.93 | | 60,048.77 |
| 08/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 60.35 | 59,988.42 |
| 08/26/13 | 6 | National lConstruction Rentals Inc. | Settlement of Accounts Receivable | 1141-000 | 7,755.00 | | 67,743.42 |
| 08/26/13 | 3 | Eventstar Structures Corp. | Settlement of Accounts Receivable | 1121-000 | 17,500.00 | | 85,243.42 |
| * 09/05/13 | 3 | Gallagher & Associates, LLC | Settlement of Accounts Receivable | 1121-003 | 1,560.00 | | 86,803.42 |
| * 09/05/13 | 3 | Gallagher & Associates, LLC | Settlement of Accounts Receivable | 1121-003 | -1,560.00 | | 85,243.42 |
| | | | Correct amount is $1,565.00 | | | | |
| 09/05/13 | 6 | The Integrated Agency II, LLC | Settlement of Accounts Receivable | 1141-000 | 1,875.00 | | 87,118.42 |
| 09/05/13 | 3 | Gallagher & Associates, LLC | Settlement of Accounts Receivable | 1121-000 | 1,565.00 | | 88,683.42 |
| 09/11/13 | | Congressional Bank | Bank Charges | 2600-000 | | 63.69 | 88,619.73 |
| * 09/11/13 | | Congressional Bank | Bank Charges | 2600-003 | | 63.69 | 88,556.04 |
| 09/17/13 | 6 | Shepard Exposition Services | Accounts Receivable Settlement | 1141-000 | 11,378.00 | | 99,934.04 |
| * 09/24/13 | | Reverses Adjustment OUT on 09/11/13 | Bank Charges | 2600-003 | | -63.69 | 99,997.73 |
| | | | Duplicate Entry | | | | |

Page Subtotals 100,270.84 273.11

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

Ver: 18.03a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-44865 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | PICO CHICAGO INC. | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******9926 Congressional Bank Checking Account |
| Taxpayer ID No: | *******1164 | | | |
| For Period Ending: | 11/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/03/13 | 6 | The Integrated Agency II, LLC | Settlement payment | 1141-000 | 1,875.00 | | 101,872.73 |
| 10/03/13 | | Congressional Bank | Bank Charges | 2600-000 | | 95.55 | 101,777.18 |
| * 10/03/13 | | Congressional Bank | Bank Charges | 2600-003 | | 1,843.14 | 99,934.04 |
| * 10/11/13 | | Reverses Adjustment OUT on 10/03/13 | Bank Charges Wrong amount. | 2600-003 | | -1,843.14 | 101,777.18 |
| 10/29/13 | 6 | Dimension Design | Settlement payment | 1141-000 | 3,702.00 | | 105,479.18 |
| * 11/01/13 | | Karen and Thurston Roberts | Settlement payment | 1121-003 | 640.00 | | 106,119.18 |
| 11/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 108.12 | 106,011.06 |
| 11/12/13 | 6 | The Integrated Agency II, LLC | Settlement payment | 1141-000 | 3,750.00 | | 109,761.06 |
| 11/12/13 | 6 | Olympic Logistics Services, Inc. | Settlement payment | 1141-000 | 5,000.00 | | 114,761.06 |
| 11/12/13 | 3 | Maman Corp. | Bad Debt Expense - AR | 1121-000 | 12,565.00 | | 127,326.06 |
| 11/19/13 | 6 | Mainline Studios 1040 West Huron Suite 3N Chicago, IL 60642 | Settlement payment | 1141-000 | 2,924.00 | | 130,250.06 |
| * 12/16/13 | | Karen and Thurston Roberts | VOID Deposit was lost between FedEX and bank. Payment will be reissued at end of creditor's payments. | 1121-003 | -640.00 | | 129,610.06 |
| 12/16/13 | | Congressional Bank | Bank Charges | 2600-000 | | 122.51 | 129,487.55 |
| 12/18/13 | 6 | Exhibit Productions Inc. | Settlement payment | 1141-000 | 10,000.00 | | 139,487.55 |
| 12/18/13 | 6 | Law Offices of Konstantine Sparagis PC | Settlement payment | 1141-000 | 4,643.00 | | 144,130.55 |
| 12/18/13 | 6 | Karen and Thurston Roberts | Payment | 1141-000 | 640.00 | | 144,770.55 |
| 12/19/13 | 6 | Health Care Service Corporation | Settlement of Accounts Receivable | 1141-000 | 15,000.00 | | 159,770.55 |
| 12/19/13 | 3 | James Winski, Cashier's Check | Accounts Receivable | 1121-000 | 65,000.00 | | 224,770.55 |
| 12/19/13 | 3 | James Winski, Cashier's Check | Accounts Receivable payment | 1121-000 | 20,000.00 | | 244,770.55 |
| 12/27/13 | 6 | Karen M. and Thurston J. Roberts | 3rd of 10 payments | 1141-000 | 640.00 | | 245,410.55 |
| 12/27/13 | 6 | Freeman Decorating Services, Inc. | Settlement payment | 1141-000 | 17,000.00 | | 262,410.55 |
| 01/08/14 | | Congressional Bank | Bank Charges | 2600-000 | | 186.07 | 262,224.48 |
| * 01/08/14 | | Congressional Bank | Bank Charges | 2600-003 | | 186.07 | 262,038.41 |
| 01/22/14 | 6 | Karen M. and Thurston J. Roberts | Settlement Payment | 1141-000 | 640.00 | | 262,678.41 |

Page Subtotals 163,379.00 698.32

UST Form 101-7-TFR (5/1/2011) *(Page: 7)* Ver: 18.03a

LFORM24

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-44865 -ERW | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | PICO CHICAGO INC. | Bank Name: | CONGRESSIONAL BANK |
|  |  | Account Number / CD #: | *******9926 Congressional Bank Checking Account |
| Taxpayer ID No: | *******1164 |  |  |
| For Period Ending: | 11/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/22/14 | 6 | Michael F. and Vanessa A. Olsen | Settlement payment | 1141-000 | 10,000.00 | | 272,678.41 |
| * 01/24/14 | | Reverses Adjustment OUT on 01/08/14 | Bank Charges Duplicate entry. | 2600-003 | | -186.07 | 272,864.48 |
| 02/06/14 | 6 | Karen M. Roberts and Thurston J. Roberts | 4th payment | 1141-000 | 640.00 | | 273,504.48 |
| 02/06/14 | 6 | Kelly Receivables Funding LLC | Settlement payment | 1141-000 | 14,559.20 | | 288,063.68 |
| 02/06/14 | | Congressional | Bank Charges | 2600-000 | | 281.71 | 287,781.97 |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 287,781.97 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 288,849.04 | 288,849.04 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 287,781.97 | |
| Subtotal | | 288,849.04 | 1,067.07 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 288,849.04 | 1,067.07 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9846 | 21,698.00 | 135,538.36 | 173,941.61 |
| Congressional Bank Checking Account - ********9926 | 288,849.04 | 1,067.07 | 0.00 |
| | 310,547.04 | 136,605.43 | 173,941.61 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    25,199.20    287,877.61

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 20, 2014 |
|---|---|---|---|---|---|---|

Case Number: 12-44865  
Debtor Name: PICO CHICAGO INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Quarles & Brady LLP<br>300 North LaSalle Street<br>Suite 4000<br>Chicago, IL 60654 | Administrative | | $141,786.45 | $129,481.05 | $12,305.40 |
| 001<br>2100-00 | Philip V. Martino, Trustee | Administrative | | $18,777.35 | $0.00 | $18,777.35 |
| 001<br>3210-00 | Carlson & Dash | Administrative | | $4,069.00 | $4,069.00 | $0.00 |
| 000003B<br>040<br>5300-00 | Bob Koors<br>c/o Michael LD. Robl, Esq.<br>104 Cambridge Avenue<br>Decatur, GA 30030 | Priority | | $11,725.00 | $0.00 | $11,725.00 |
| 000029<br>040<br>5300-00 | Holly Eller | Priority | Claim 35 amends Claim 29 | $0.00 | $0.00 | $0.00 |
| 000035<br>040<br>5300-00 | Holly Kay Eller<br>319 Oakwoods Lane<br>Wilkesboro, NC 28697 | Priority | Replaces Claim 29. | $12,475.00 | $0.00 | $12,475.00 |
| 000001<br>070<br>7100-00 | CIT Technology Financing Services, Inc.<br>Bankruptcy Processing Solutions, Inc.<br>1162 E. Sonterra Blvd, Suite 130<br>San Antonio, TX 78258 | Unsecured | | $1,110.44 | $0.00 | $1,110.44 |
| 000002<br>070<br>7100-00 | CIT Finance, LLC<br>Bankruptcy Processing Solutions, Inc.<br>1162 E. Sonterra Blvd., Suite 130<br>San Antonio, TX 78258 | Unsecured | | $3,195.61 | $0.00 | $3,195.61 |
| 000003<br>070<br>7100-00 | Bob Koors<br>C/O Michael D. Robl, Esq<br>104 Cambridge Avenue<br>Decatur, GA 30030 | Unsecured | | $48,275.00 | $0.00 | $48,275.00 |
| 000004<br>070<br>7100-00 | American Express Travel Related Services<br>Co, Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $19,337.66 | $0.00 | $19,337.66 |
| 000005<br>070<br>7100-00 | KHM Plastics, Inc.<br>4090 Ryan Road<br>Gurnee, IL 60031 | Unsecured | | $102.00 | $0.00 | $102.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 20, 2014 |

Case Number: 12-44865  
Debtor Name: PICO CHICAGO INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006<br>070<br>7100-00 | Olympic Logistic Services<br>301 South County Farm Road<br>Suite F<br>Wheaton, IL 60187 | Unsecured | | $15,786.00 | $0.00 | $15,786.00 |
| 000007<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Unsecured | | $22.88 | $0.00 | $22.88 |
| 000008<br>070<br>7100-00 | Satis&fy LLC<br>satos&fy AG<br>Industriegebiet Doegelmuehle<br>61184 Karben Germany | Unsecured | | $16,107.00 | $0.00 | $16,107.00 |
| 000009<br>070<br>7100-00 | Green Slate Creative LLC<br>John H. Graffius<br>1525 Fairwood Drive<br>Traverse City, MI 49696 | Unsecured | | $95,939.00 | $0.00 | $95,939.00 |
| 000010<br>070<br>7100-00 | Sign Works, Inc.<br>584 County Line Road<br>Bensenville, IL 60106 | Unsecured | | $5,980.00 | $0.00 | $5,980.00 |
| 000011<br>070<br>7100-00 | Pico Australia PTY LTD<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>Prominence in Buckhead<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Unsecured | | $30,815.29 | $0.00 | $30,815.29 |
| 000012<br>070<br>7100-00 | Pico Art Exhibit, Inc.<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Unsecured | | $80,039.16 | $0.00 | $80,039.16 |
| 000013<br>070<br>7100-00 | Pico Art International Pte Ltd<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Unsecured | | $133,640.78 | $0.00 | $133,640.78 |
| 000014<br>070<br>7100-00 | Pico Global Services Limited<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Unsecured | | $362,547.75 | $0.00 | $362,547.75 |
| 000015<br>070<br>7100-00 | Pico International (China) LTD<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Unsecured | | $4,138.90 | $0.00 | $4,138.90 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | Date: November 20, 2014 |

Case Number: 12-44865
Debtor Name: PICO CHICAGO INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000016 070 7100-00 | Pico In-Creative (UK) Limited<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Unsecured | | $54,614.98 | $0.00 | $54,614.98 |
| 000017 070 7100-00 | Pico International (Dubai) LLC<br>C/O John W. Mills III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E., Ste 1700<br>Atlanta, GA 30305-2954 | Unsecured | | $144,915.89 | $0.00 | $144,915.89 |
| 000018 070 7100-00 | Pico International (CA), Inc.<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Unsecured | | $1,112,130.04 | $0.00 | $1,112,130.04 |
| 000019 070 7100-00 | Pico International (LA) Inc.<br>C/O John W. Mills, III<br>Barnes & Thornburg, LLP<br>3475 Piedmont Road, N.E. Suite 1700<br>Atlanta, GA 30305-2954 | Unsecured | | $20,000.00 | $0.00 | $20,000.00 |
| 000020 070 7100-00 | Pico International Exhibition Svc<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Unsecured | | $826,842.94 | $0.00 | $826,842.94 |
| 000021 070 7100-00 | Pico Shanghai Exhibition Services<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E. Suite 1700<br>Atlanta, GA 30305-2954 | Unsecured | | $182,569.27 | $0.00 | $182,569.27 |
| 000022 070 7100-00 | Outhouse Design<br>6052 North Hermitage Avenue<br>Chicago, IL 60660 | Unsecured | | $4,370.00 | $0.00 | $4,370.00 |
| 000023 070 7100-00 | EventStar<br>8150-B NW 90th Street<br>Medley, FL 33166 | Unsecured | | $384,558.08 | $0.00 | $384,558.08 |
| 000024 070 7100-00 | Volkswagen Group of America,<br>Chattanooga Operations, LLC<br>c/o Chambliss, Bahner & Stophel, P.C.<br>605 Chestnut Street, Ste 1700<br>Chattanooga, TN 37450 | Unsecured | | $928,000.00 | $0.00 | $928,000.00 |
| 000025 070 7100-00 | Chevron Products Company<br>A division of Chevron USA Inc.<br>Attn: Michael L. Armstrong<br>6001 Bollinger Canyon Road, Rm. T2084<br>San Ramon, CA 94583 | Unsecured | | $96,766.00 | $0.00 | $96,766.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 20, 2014 |

Case Number:   12-44865  
Debtor Name:   PICO CHICAGO INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000026 070 7100-00 | Ginger Studio LLC Xiao-yun Jenny Jiang 2667 3/4 Waverly Drive Los Angeles, CA 90039 | Unsecured | | $3,150.00 | $0.00 | $3,150.00 |
| 000027 070 7100-00 | WCP-Fern Exposition Services LLC 645 Linn Street Cincinnati, OH 45203 | Unsecured | | $19,445.96 | $0.00 | $19,445.96 |
| 000028 070 7100-00 | Star Link Darrow Law Center APC 27349 Jefferson Ave Ste 208 Temecula, CA 92590 | Unsecured | | $10,456.39 | $0.00 | $10,456.39 |
| 000029A 070 7100-00 | Holly Eller 319 Oakwoods Lane Wilkesboro, NC 28697 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000030 070 7100-00 | EventStar 8150-B NW 90th Street Medley, FL 33166 | Unsecured | | $17,500.00 | $0.00 | $17,500.00 |
| 000031 070 7100-00 | Shepard Exposition Services, Inc. Steve Basch 1424 Hills Place NW Atlanta, GA 30318 | Unsecured | | $11,378.00 | $0.00 | $11,378.00 |
| 000032 070 7100-00 | Maman Corporation c/o John Collen Tressler LLP 233 S. Wacker Dr., Suite 2200 Chicago, IL 60606 | Unsecured | | $7,424.00 | $0.00 | $7,424.00 |
| 000033 070 7100-00 | Exhibit Productions, Inc. Jeffrey B. Greenspan Meckler Bulger Tilson Marick & Pearson LLP 123 N. Wacker Drive, Ste. 1800 Chicago, IL 60606 | Unsecured | | $10,000.00 | $0.00 | $10,000.00 |
| 000034 070 7100-00 | Kelly Services, Inc. 999 West Big Beaver Troy, MI 48084 | Unsecured | | $14,559.20 | $0.00 | $14,559.20 |
| 000035A 070 7100-00 | Holly Eller 319 Oakwoods Lane Wilkesboro, NC 28697 | Unsecured | Amends Claim 29A | $38,459.83 | $0.00 | $38,459.83 |
| | Case Totals: | | | $4,893,010.85 | $133,550.05 | $4,759,460.80 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-44865
Case Name: PICO CHICAGO INC.
Trustee Name: PHILIP V. MARTINO

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ | $ | $ |
| Other: Carlson & Dash | $ | $ | $ |
| Other: Carlson & Dash | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Bob Koors | $ | $ | $ |
| 000035 | Holly Kay Eller | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE (WAGE TAX) | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE (WAGE TAX) | $ | $ | $ |

Total to be paid to priority creditors                $_____

Remaining Balance                                     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CIT Technology Financing Services, Inc. | $ | $ | $ |
| 000002 | CIT Finance, LLC | $ | $ | $ |
| 000003 | Bob Koors | $ | $ | $ |
| 000004 | American Express Travel Related Services | $ | $ | $ |
| 000005 | KHM Plastics, Inc. | $ | $ | $ |
| 000006 | Olympic Logistic Services | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Illinois Department of Revenue | $ | $ | $ |
| 000008 | Satis&fy LLC | $ | $ | $ |
| 000009 | Green Slate Creative LLC | $ | $ | $ |
| 000010 | Sign Works, Inc. | $ | $ | $ |
| 000011 | Pico Australia PTY LTD | $ | $ | $ |
| 000012 | Pico Art Exhibit, Inc. | $ | $ | $ |
| 000013 | Pico Art International Pte Ltd | $ | $ | $ |
| 000014 | Pico Global Services Limited | $ | $ | $ |
| 000015 | Pico International (China) LTD | $ | $ | $ |
| 000016 | Pico In-Creative (UK) Limited | $ | $ | $ |
| 000017 | Pico International (Dubai) LLC | $ | $ | $ |
| 000018 | Pico International (CA), Inc. | $ | $ | $ |
| 000019 | Pico International (LA) Inc. | $ | $ | $ |
| 000020 | Pico International Exhibition Svc | $ | $ | $ |
| 000021 | Pico Shanghai Exhibition Services | $ | $ | $ |
| 000022 | Outhouse Design | $ | $ | $ |
| 000023 | EventStar | $ | $ | $ |
| 000024 | Volkswagen Group of America, | $ | $ | $ |
| 000025 | Chevron Products Company | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | Ginger Studio LLC | $ | $ | $ |
| 000027 | WCP-Fern Exposition Services LLC | $ | $ | $ |
| 000028 | Star Link | $ | $ | $ |
| 000030 | EventStar | $ | $ | $ |
| 000031 | Shepard Exposition Services, Inc. | $ | $ | $ |
| 000032 | Maman Corporation | $ | $ | $ |
| 000033 | Exhibit Productions, Inc. | $ | $ | $ |
| 000034 | Kelly Services, Inc. | $ | $ | $ |
| 000035A | Holly Eller | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE