UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7 Case** |
| | ) | |
| **PICO CHICAGO, INC.** | ) | **Case No. 12-44865** |
| | ) | |
| **Debtor.** | ) | **Honorable Eugene R. Wedoff** |

**SECOND AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
<u>BANKRUPTCY ESTATE OF PICO CHICAGO, INC.</u>**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy
Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady
LLP ("**Q&B**"), attorneys for Trustee, of compensation of $10,866.50 for 27.8 hours of legal
services rendered to Trustee since February 1, 2014, plus $342.90 in costs. In addition, Q&B
requests that this Court (a) reconsider a portion of the fees disallowed in Q&B's First Interim
App (as defined below), and (b) make final the interim fees ($122,222.55) and costs ($7,258.50)
already paid.

In support of the instant application, Trustee states as follows:

## I. <u>COMMENCEMENT OF PROCEEDING</u>

1.      On November 13, 2012, Debtor filed a chapter 7 petition to initiate the above-
captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2.      The 341 meeting was held on January 9, 2013.

3.      Debtor's schedules and Statement of Financial Affairs ("**SOFA**") reflected
approximately $500,000.00 in uncollected account receivables and approximately $340,000.000
in potential preferences, both of which could possibly benefit unsecured creditors in this
bankruptcy. Debtor had essentially no other unencumbered assets of value.

4.    On November 27, 2012, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to November 14, 2012.

5.    This is Q&B's second fee application. For the period from November 14, 2012 to January 31, 2014, Q&B filed its First Interim Fee Application (the "**First Fee App**"), in which it requested $126,849.50 in fees plus $7,258.50 in costs. This Court allowed Q&B $122,222.55 in fees and $7,258.50 in costs, all of which were paid in full. The fees were disallowed, in part, because of inadequate description. That aspect of the First Fee App will be discussed in more detail below.

6.    Currently, Trustee is holding $173,941.61 in this estate's bank account, and all known assets have been liquidated.

7.    All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

8.    Q&B has served as counsel for the Trustee at all times in these proceedings. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

9.    During the period covered by Q&B's First Fee App in connection with the employment of professional persons, Q&B requested $3,747.00 for 8.7 hours of services rendered.

10.    Since that time, Q&B finalized and presented the First Fee App, prepared the motion to employ Trustee's accountant, and began the preparation of the instant Application. In connection with the foregoing, Q&B expended 10.3 hours (including 1 hour of estimated time to

2

finalize this fee application and attend court regarding same) for which it requests compensation of $4,508.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino[1] | 3.9 |
| Lauren N. Beslow | 4.9 |
| Colleen A. Greer | 1.5 |

### B. ASSETS

11.      During the period covered by Q&B's First Fee App, in connection with the liquidation of certain assets of the estate, Q&B requested payment of $3,605.00 for 9.4 hours of services rendered. Since that time, Q&B expended no further time on the assets of this bankruptcy and requests no further compensation.

### C. CLAIMS

12.      Since February 1, 2014, Q&B researched and wrote letters to insider affiliates of Debtor regarding voluntary subordination of their unsecured claims (which comprise of the lions' share of all unsecured claims). Despite repeated attempts by Q&B and Trustee, the affiliates never responded to this request. Trustee directed Q&B not to prepare a complaint to press this issue, as the cost of that litigation--even if successful--did not justify the possible benefit to non-insider creditors. In connection with these claims, Q&B expended 7.3 hours for which it requests compensation of $2,664.50. An itemized breakdown of services rendered is attached as **Exhibit A(2).** A general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Lauren N. Beslow | 7.3 |

## C. ACCOUNTS RECEIVABLE AND PREFERENCES

13.    During the period covered by Q&B's First Fee App, in connection with the

Accounts Receivable actions, for the non case specific issues, Q&B requested payment of

$18,414.00 for 60.8 hours of services rendered.

14.    During the period covered by Q&B's First Fee App, in connection with the

Preference actions, for the non case specific issues, Q&B expended 81.6 hours for which it

sought  interim compensation of $27,267.00.

15.    Once adversary complaints were filed, Trustee directed Q&B to open separate

matters for each.  Below is a breakdown of each matter, time spent, fees requested and amount

collected during the First Fee App period.

| Q&B Billing | Outcome | Hours Expende | Fees Requested | Fees Allowed | Amount Collected |
|---|---|---|---|---|---|
| 148672.00009 | Settled | 7.20 | $2,484.00 | $2,401.20 | $11,378.00 |
| 148672.00010 | Settled | 3.9 | $1,345.50 | $1,331.70 | $1,565.00 |
| 148672.00011 | Settled | 6.5 | $2,336.50 | $2,250.23 | $12,565.00 |
| 148672.00012 | Default Judgment; remainder of judgment abandoned | 13.2 | $4,219.50 | $4,147.26 | $85,000 |
| 148672.00013 | Settled | 7.3 | $2,554.50 | $2,414.52 | $3,702.00 |
| 148672.00014 | Settled | 16.3 | $5,803.50 | $5,589.87 | $15,000.00 |
| 148672.00015 | Settled | 11.0 | $3,969.00 | $3,755.37 | $10,000.00 |
| 148672.00016 | Default Judgment | 13.8 | $4,018.00 | $3,755.55 | $0 |
| 148672.00017 | Settled | 3.6 | $1,242.00 | $1,228.20 | $7,755.00 |
| 148672.00018 | Settled | 15.8 | $5,178.00 | $4,952.53 | $5,000.00 |
| 148672.00019 | Lawsuit - voluntarily Withdrawn | 4.70 | $1,621.50 | $1,149.00 | $0 |
| 148672.00020 | Default Judgment | 12.1 | $3,671.00 | $3,429.71 | $0 |
| 148672.00021 | Settled | 9.5 | $3,357.50 | $3,215.64 | $17,000.00 |
| 148672.00022 | Settled | 6.2 | $2,147.00 | $2,043.11 | $7,500.00 |
| 148672.00023 | Settled | 18.8 | $6,679.00 | $6,499.42 | $14,559.20 |
| 148672.00024 | Settled | 5.8 | $2,049.00 | $2,034.87 | $2,924.00 |
| 148672.00025 | Settled | 8.5 | $3,038.50 | $2,895.02 | $10,000.00 |
| 148672.00026 | Settled | 4.5 | $1,578.50 | $1,332.45 | $6,400.00 |
| 148672.00027 | Lawsuit - voluntarily withdrawn | 2.8 | $966.00 | $862.50 | $0 |
| 148672.00028 | Settled | 12.7 | $451.50 | $240.80 | $4,643.00 |

---

[1] Philip V. Martino separately accounts for his time as Trustee, and will file an application for Trustee fees.

QB\27995092.2

| Q&B Billing | Outcome | Hours Expende | Fees Requested | Fees Allowed | Amount Collected |
|---|---|---|---|---|---|
| TOTALS | | 184.2 | $58,710.00 | $49,545.82 | $214,991.20 |

In the First Fee App, Q&B requested $58,710.00 for 184.2 hours of services rendered to the Adversary proceedings.

16.      Since February 1, 2014, Q&B continued to prosecute open cases, pursue unsatisfied (default) judgments, and settle when possible.  In connection with the foregoing, below is a chart listing hours expended on each of the matters that were still pending during the period of this Second Fee Application.

| Q&B Billing | Outcome | Hours Expended | Fees Requested |
|---|---|---|---|
| 148672.00016 | Default Judgment | 1.0 | $365.00 |
| 148672.00020 | Default Judgment | 2.9 | $1,029.50 |
| 148672.00023 | Settled | 0.5 | $182.50 |
| 148672.00026 | Settled | 0.4 | $146.00 |
| TOTAL | | 4.8 | $1,723.00 |

Since February 1, 2014, Q&B expended 4.8 hours for which it seeks compensation of $1,723.00.  An itemized breakdown of services rendered (by adversary) is attached as **Composite Exhibit A(3)**.  A summary of that time (for all such matters) is reflected below:

| NAME | HOURS |
|---|---|
| Lauren N. Beslow | 4.6 |
| Paula A. Fedor | .2 |

## D.  GENERAL REPRESENTATION

17.      During the period covered by Q&B's First Fee App, in connection with the general representation of Trustee, Q&B requested payment of $15,328.50 for 9.4 hours of services rendered.

18.      Since February 1, 2014, Q&B continued to handle general bankruptcy matters, for which it expended 5.4 hours and requests compensation of $1,971.00.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(4)**.  The general breakdown of services rendered in this category is as follows:

5

| **NAME** | **HOURS** |
|---|---|
| Lauren N. Beslow | 5.4 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

19.  Since February 1, 2014, Q&B has devoted 27.8 hours to represent the Trustee, and has provided this estate with actual and necessary legal services worth $10,866.50.

20.  In connection with the representation of Trustee in this bankruptcy, during the period covered by the First Fee App, Q&B incurred certain costs in the amount of $7,258.50 and received payment in the amount of $7,258.50.  Since February 1, 2014, Q&B incurred additional costs of $342.90.  These costs include photocopies ($29.90 ($.10 per page)), Pacer fees, non-legal research charges (for example, addresses for service of process and asset searches) ($5.50), and a process server fees ($307.50).  Attached as **Exhibit B** is a breakdown of all charges.

21.  Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

22.  Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

### REQUEST FOR RECONSIDERATIONS

23.  The Findings of Fact and Conclusions of Law (Docket 95) entered by this Court in connection with Q&B's First Fee App disallowed certain fees due to insufficient description, lumping, clerical work that is not compensable and/or provided no benefit to the estate.  Below is the a chart of the time (as corrected) that Q&B wishes the Court to consider and then allow.

| **DATE** | **MATTER** | **DESCRIPTION** | **ATTORNEY** |
|---|---|---|---|
| 06/07/13 | 00007 | Finalize complaints on Motorola Solutions (.1); Gallagher and Assoc. (.1); Maman Corp. (.1); James Winski (.1) for turnover of open accounts receivable. | LNACHINS |
| 06/17/13 | 00009 | Draft certificate of service of complaint (.1). | LNACHINS |
| 06/17/13 | 00011 | Draft certificate of service of complaint (.1). | LNACHINS |
| 06/17/13 | 00012 | Draft certificate of service of complaint (.1) | LNACHINS |

6

| DATE | MATTER | DESCRIPTION | ATTORNEY |
|------|--------|-------------|----------|
| 06/17/13 | 00013 | Draft certificate of service of complaint (.1) | LNACHINS |
| 06/17/13 | 00014 | Draft certificate of service of complaint (.1). | LNACHINS |
| 06/17/13 | 00016 | Draft certificate of service of complaint (.1). | LNACHINS |
| 09/25/13 | 00016 | Prepare motion for default judgment (.3). | LNACHINS |
| 10/24/13 | 00016 | Conduct Westlaw research for all assets of judgment debtor (.1) and generate reports regarding same (.2) | DXW |
| 06/17/13 | 00018 | Draft certificate of service of Complaint (.1). | LNACHINS |
| 06/17/13 | 00019 | Draft certificate of service of complaint (.1). | LNACHINS |
| 6/17/13 | 00020 | Draft certificate of service of complaint (.1). | LNACHINS |
| 10/24/13 | 00020 | Conduct Westlaw research for assets of judgment debtor (.1) and generate reports regarding same (.2) | DXW |
| 06/17/13 | 00022 | Draft certificate of service of complaint (.1). | LNACHINS |
| 06/17/13 | 00023 | Draft certificate of service of complaint (.1). | LNACHINS |
| 06/17/13 | 00025 | Draft certificate of service of complaint (.1). | LNACHINS |
| 06/17/13 | 00026 | Draft certificate of service of complaint (.1). | LNACHINS |
| 09/25/13 | 00026 | Prepare motion for default judgment (.3). | LNACHINS |
| 06/17/13 | 00028 | Draft certificate of service of complaint (.1). | LNACHINS |
| 10/01/13 | 00006 | Update status chart regarding all adversaries (.2). | LNACHINS |
| 12/16/13 | 00006 | Update status chart of all adversary proceedings (.1). | LNACHINS |
| 01/09/14 | 00006 | Draft chart of status of adversary cases for upcoming hearing (.2). | LNACHINS |

The total amount of time requested for review is 3.4 hours, for a fee request of $1,096.00.

**WHEREFORE**, Trustee requests the entry of an order:

A.      Authorizing payment to Q&B compensation of $10,866.50 for 27.8 hours of legal services rendered since February 1, 2014;

B.      Authorizing payment to Q&B of $342.90 in costs incurred in connection with those services;

C.      Authorizing payment to Q&B of $1,096.00 for 3.4 hours of legal services rendered that were disallowed previously;

QB\27995092.2

D.   Making final the interim award of $122,222.55 in fees plus $7,258.50 in costs;

and

E.   For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By: /s/Philip V. Martino
    Trustee

Philip V. Martino
Lauren Beslow
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000



*Quarles & Brady* LLP

**INVOICE SUMMARY**

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**Tax ID No. 39-0432630**

| | |
|---|---|
| Invoice Number: | 1977493 |
| Invoice Date: | August 22, 2014 |

Privileged & Confidential

Philip V. Martino as Trustee for Pico Chicago, Inc.
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through August 20, 2014
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00003

| | | |
|---|---|---|
| Current Fees: | $ | 3,878.00 |
| Current Total Due: | $ | 3,878.00 |
| **TOTAL AMOUNT DUE:** | **$** | **3,878.00** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Pico Chicago, Inc.
RE: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00003

August 22, 2014
Invoice Number: 1977493
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 02/05/14 | Further work on first interim fee application (.5); revise status chart as exhibit (.2). | PMARTINO | 0.70 |
| 02/10/14 | Prepare draft motion to retain Lois West as accountant for Trustee (.5). | CGREER | 0.50 |
| 02/13/14 | Review and revise motion to employ accountant (.2). | LNACHINS | 0.20 |
| 02/20/14 | Revise first interim fee application and exhibits (1.1). | PMARTINO | 1.10 |
| 02/24/14 | Review and revise Quarles & Brady application (1.0); discuss same with Trustee (.2). | LNACHINS | 1.30 |
| 02/25/14 | Review and revise Quarles & Brady application and notice to all creditor's of same (.3). | LNACHINS | 0.30 |
| 03/04/14 | Review and revise fee application for Colleen McManus and affidavit and proposed order in support of same (.5). | LNACHINS | 0.50 |
| 03/05/14 | Review and revise fee application for Colleen McManus (.3). | LNACHINS | 0.30 |
| 03/12/14 | Email correspondence with Trustee regarding order authorizing employment of accountant (.1). | LNACHINS | 0.10 |
| 04/01/14 | Prepare for upcoming hearing on fee applications (.3). | LNACHINS | 0.30 |
| 04/02/14 | Attend court hearing on fee petitions (1.3); discuss same with Trustee (.1); review and comment on revisions to fee request (.5). | LNACHINS | 1.90 |
| 08/19/14 | Prepare draft of second and final fee application for Quarles & Brady (1.0). | CGREER | 1.00 |
| 08/20/14 | Revise final Q&B fee application. | PMARTINO | 1.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 2.90 | 630.00 | 1,827.00 |
| LNACHINS | Lauren N. Beslow | 4.90 | 365.00 | 1,788.50 |
| CGREER | Colleen A. Greer | 1.50 | 175.00 | 262.50 |
| Total | | 9.30 | | 3,878.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Total Fees: | | | $ | 3,878.00 |


*Quarles & Brady* LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**INVOICE SUMMARY**

**Tax ID No. 39-0432630**

Invoice Number: 1977492
Invoice Date: August 22, 2014

Privileged & Confidential

Philip V. Martino as Trustee for Pico Chicago, Inc.
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through August 20, 2014
Re: Claims Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00004

| | | |
|---|---|---|
| Current Fees: | $ | 2,664.50 |
| Current Total Due: | $ | 2,664.50 |
| **TOTAL AMOUNT DUE:** | **$** | **2,664.50** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Pico Chicago, Inc.                     August 22, 2014
RE: Claims Chapter 7 Bankruptcy                                        Invoice Number: 1977492
Q & B Matter Number: 148672.00004                                      Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 02/28/14 | Review insider proofs of claim and attachments to evaluate subordination claim. | LNACHINS | 1.30 |
| 03/04/14 | Research regarding voluntary post-petition subordination of claims (1.1); draft (1.4) and revise (.5) letter to Pico entities requesting subordination of claims to other general unsecured creditors. | LNACHINS | 3.00 |
| 03/05/14 | Further revise letter regarding voluntary subordination of Pico entity claims (.3). | LNACHINS | 0.30 |
| 03/26/14 | Email correspondence with attorney for Pico entities regarding request for subordination (.3). | LNACHINS | 0.30 |
| 04/07/14 | Draft and revise follow up letter to counsel for Pico affiliates regarding subordination of claims (1.4). | LNACHINS | 1.40 |
| 04/08/14 | Finalize follow up letter to Debtor's affiliates regarding subordination. | LNACHINS | 0.30 |
| 05/19/14 | Draft and revise letter for Trustee to send to non-debtor Pico entities regarding subordination of claims (.6). | LNACHINS | 0.60 |
| 05/20/14 | Finalize letter to Pico Entities regarding subordination (.1). | LNACHINS | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 7.30 | 365.00 | 2,664.50 |
| Total | | 7.30 | | 2,664.50 |

Total Fees:                          $      2,664.50



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**INVOICE SUMMARY**

**Tax ID No. 39-0432630**

Invoice Number:   1977490
Invoice Date:      August 22, 2014

Privileged & Confidential

Philip V. Martino as Trustee for Pico Chicago, Inc.
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through August 20, 2014
Re: Get Vamp, LLC/Get Vamp Preference Chapter 7
Bankruptcy
Q & B Matter Number: 148672.00016

| | | |
|---|---|---|
| Current Fees: | $ | 365.00 |
| Current Total Due: | $ | 365.00 |
| **TOTAL AMOUNT DUE:** | **$** | **365.00** |

COMPOSITE EXHIBIT A(3)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Pico Chicago, Inc.          August 22, 2014
RE: Get Vamp, LLC/Get Vamp Preference Chapter 7 Bankruptcy   Invoice Number: 1977490
Q & B Matter Number: 148672.00016                            Page 2

| Date | Description | Professional | Hours |
|------|------------|--------------|-------|
| 02/12/14 | Phone and e-mail correspondence conference with Defendant's counsel regarding payment (.3). | LNACHINS | 0.30 |
| 03/04/14 | Email correspondence regarding payment on citation (.3). | LNACHINS | 0.30 |
| 03/11/14 | Draft proposed order dismissing citation. | LNACHINS | 0.40 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 1.00 | 365.00 | 365.00 |
| Total | | 1.00 | | 365.00 |

|  |  |  |  |  |
|--|--|--|--|--|
| | Total Fees: | | $ | 365.00 |



| | 101 East Kennedy Boulevard | Attorneys at Law in: |
|---|---|---|
| | Suite 3400 | Chicago, Illinois |
| | Tampa, FL 33602-5195 | Milwaukee and Madison, Wisconsin |
| | Tel. 414.277.5000 | Naples and Tampa, Florida |
| | Fax 414.271.3552 | Phoenix and Tucson, Arizona |
| | www.quarles.com | Washington, DC |

**INVOICE SUMMARY**

**Tax ID No. 39-0432630**

Invoice Number:    1977489                                Privileged & Confidential
Invoice Date:        August 22, 2014

---

Philip V. Martino as Trustee for Pico Chicago, Inc.
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through August 20, 2014
Re: Austin Architectural Graphics, Inc. Preference Chapter 7
Bankruptcy
Q & B Matter Number: 148672.00020

| | | |
|---|---|---|
| Current Fees: | $ | 1,029.50 |
| Current Total Due: | $ | 1,029.50 |
| **TOTAL AMOUNT DUE:** | **$** | **1,029.50** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Pico Chicago, Inc.                    August 22, 2014
RE: Austin Architectural Graphics, Inc. Preference Chapter 7           Invoice Number: 1977489
Bankruptcy
Q & B Matter Number: 148672.00020                                     Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 02/06/14 | Draft motion for turnover of funds held by Chase Bank (1.8) and proposed order granting same (.4). | LNACHINS | 2.20 |
| 02/12/14 | Discuss next steps with P. Fedor (.1). | LNACHINS | 0.10 |
| 02/13/14 | Draft correspondence to JPMorgan Chase Bank enclosing Order for Turnover of Funds. | PAF | 0.10 |
| 03/06/14 | Draft proposed order dismissing citation to discover assets. | LNACHINS | 0.40 |
| 03/19/14 | Facsimile to JPMorgan Chase Bank enclosing Order dismissing Citation to Discover Assets to Chase. | PAF | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 2.70 | 365.00 | 985.50 |
| PAF | Paula A. Fedor | 0.20 | 220.00 | 44.00 |
| Total | | 2.90 | | 1,029.50 |

|  | Total Fees: | | $ | 1,029.50 |



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

Invoice Number:    1977488
Invoice Date:    August 22, 2014

Privileged & Confidential

Philip V. Martino as Trustee for Pico Chicago, Inc.
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through August 20, 2014
Re: Kelly Services, Inc. Preference Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00023

| | | |
|---|---|---|
| Current Fees: | $ | 182.50 |
| Current Total Due: | $ | 182.50 |
| **TOTAL AMOUNT DUE:** | **$** | **182.50** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Pico Chicago, Inc.          August 22, 2014
RE: Kelly Services, Inc. Preference Chapter 7 Bankruptcy      Invoice Number: 1977488
Q & B Matter Number: 148672.00023                            Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 02/05/14 | Email correspondence with defendant's counsel regarding fully executed settlement agreement and payment (.1). | LNACHINS | 0.10 |
| 02/11/14 | Draft (.2) and revise (.1) dismissal order. | LNACHINS | 0.30 |
| 02/12/14 | E-mail correspondence with Defendant's counsel regarding Dismissal Order (.1) | LNACHINS | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 0.50 | 365.00 | 182.50 |
| Total | | 0.50 | | 182.50 |

|  | Total Fees: | | $ | 182.50 |



**INVOICE SUMMARY**

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**Tax ID No. 39-0432630**

Invoice Number:    1986967
Invoice Date:      September 22, 2014

Privileged & Confidential

Philip V. Martino as Trustee for Pico Chicago, Inc.
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through September 22, 2014
Re: Thurston Roberts Preference Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00026

| | | |
|---|---|---|
| Current Fees: | $ | 146.00 |
| Current Total Due: | $ | 146.00 |
| **TOTAL AMOUNT DUE:** | **$** | **146.00** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Pico Chicago, Inc.  September 22, 2014
RE: Thurston Roberts Preference Chapter 7 Bankruptcy  Invoice Number: 1986967
Q & B Matter Number: 148672.00026  Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 08/18/14 | Draft order dismissing adversary proceeding (.3); communicate with defendant regarding same (.1). | LNACHINS | 0.40 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 0.40 | 365.00 | 146.00 |
| Total | | 0.40 | | 146.00 |

Total Fees:    $    146.00



**INVOICE SUMMARY**

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**Tax ID No. 39-0432630**

Invoice Number:    1986991
Invoice Date:    September 22, 2014

Privileged & Confidential

Philip V. Martino as Trustee for Pico Chicago, Inc.
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through September 22, 2014
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00006

|  |  |  |
|---|---|---|
| Current Fees: | $ | 1,971.00 |
| Current Total Due: | $ | 1,971.00 |
| **TOTAL AMOUNT DUE:** | **$** | **1,971.00** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Pico Chicago, Inc.
RE: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00006

September 22, 2014
Invoice Number: 1986991
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 02/05/14 | Update chart of amounts collected (.2). | LNACHINS | 0.20 |
| 02/11/14 | Draft chart of adversary proceedings. | LNACHINS | 0.20 |
| 02/12/14 | Attend court hearing regarding adversary proceedings and motion for turnover of Austin Architectural's funds from Chase Bank (.9). | LNACHINS | 0.90 |
| 03/11/14 | Prepare for upcoming court hearing on motion to employ accountant and status of adversaries (.3). | LNACHINS | 0.30 |
| 03/12/14 | Attend court hearing (1.1); email correspondence with P. Fedor regarding orders dismissing citations (.1). | LNACHINS | 1.20 |
| 06/10/14 | Prepare for upcoming status hearing on case (.2); discuss same with Trustee (.1). | LNACHINS | 0.30 |
| 06/11/14 | Attend status hearing (1.0); discuss next steps with Trustee (.3). | LNACHINS | 1.30 |
| 08/18/14 | Prepare for upcoming hearing (.1). | LNACHINS | 0.10 |
| 08/19/14 | Attend court hearing; enter order dismissing adversary against Roberts (.9). | LNACHINS | 0.90 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| LNACHINS | Lauren N. Beslow | 5.40 | 365.00 | 1,971.00 |
| Total | | 5.40 | | 1,971.00 |

|  |  Total Fees: | | $ | 1,971.00 |



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

### INVOICE SUMMARY

**Tax ID No. 39-0432630**

Invoice Number:   1977494
Invoice Date:     August 22, 2014

Privileged & Confidential

Philip V. Martino as Trustee for Pico Chicago, Inc.
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through January 01, 2000
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 148672.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 342.90 |
| Current Total Due: | $ | 342.90 |
| **TOTAL AMOUNT DUE:** | **$** | **342.90** |

EXHIBIT B

### INVOICE IS PAYABLE UPON RECEIPT

Philip V. Martino as Trustee for Pico Chicago, Inc.       August 22, 2014
RE: General/Costs Chapter 7 Bankruptcy                    Invoice Number: 1977494
Q & B Matter Number: 148672.00006                         Page 2

**DISBURSEMENTS:**

| | | | |
|---|---|---|---|
| 03/31/14 | Keating & Walker Attorney Service, Inc Service of Citation on Get Vamp LLC in New York | $ | 75.00 |
| 04/11/14 | Attorney Services of NE Ohio, Inc Professional Services. | | 232.50 |
| | Copy charges | | 29.90 |
| | Pacer research charges | | 5.50 |
| | Total Disbursements: | $ | 342.90 |
| | Total Fees and Disbursements: | $ | 342.90 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; and his hourly billing rate for fiscal year 2014 is $630.00.

**Lauren Beslow** is a senior associate in the Q&B Chicago office and practices in the firm's commercial bankruptcy, restructuring and creditors' rights group. She received her B.A. from Emory University in 2003 and her J.D. (*cum laude*) from the University of Illinois College of Law in 2006. She is a member of the Illinois Bar. Ms. Beslow's hourly billing rate for fiscal year 2013 was $345.00 and for fiscal year 2014 is $365.00.

**Donna M. Woida** is a paralegal in Q&B's Milwaukee Office. Ms. Woida received her Associates Degree from the University of Northeastern Illinois in 1994 and has worked in the Milwaukee Office since 1999. Her hourly billing rate is $210.00.

**Paula A. Fedor** is a paralegal in the Q&B Chicago office. She has been a paralegal with the Q&B Chicago office for more than 13 years. Ms. Fedor's hourly billing rate is $220.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 24 years. Her hourly billing rate is $175.00.

EXHIBIT C

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7 Case** |
| | ) | |
| **PICO CHICAGO, INC.** | ) | **Case No. 12-44865** |
| | ) | |
| Debtor. | ) | **Honorable Eugene R. Wedoff** |

I, Philip V. Martino, on oath, state as follows:

1.    I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

2.    This affidavit is submitted in support of the Second and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3.    In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4.    In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5.    In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6.    In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7.    In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

EXHIBIT D

8.    I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9.    I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

10.    I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11.    To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2