EUGENE R. WEDOFF
**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
CHICAGO  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PICO CHICAGO INC. | § | Case No. 12-44865 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF THE BANKRUPTCY COURT
      219 SOUTH DEARBORN STREET,  ROOM 713
      CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/23/2014 in Courtroom 744,
      United States Courthouse
      219 South Dearborn Street
      Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/21/2014      By: Clerk of the Bankruptcy Court
                  Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re: §
§
PICO CHICAGO INC. §    Case No. 12-44865
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 310,547.04 |
| and approved disbursements of | $ | 136,605.43 |
| leaving a balance on hand of[1] | $ | 173,941.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 18,777.35 | $ 0.00 | $ 18,777.35 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 134,185.05 | $ 122,222.55 | $ 11,962.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 7,601.40 | $ 7,258.50 | $ 342.90 |
| Other: Carlson & Dash | $ 3,776.00 | $ 3,776.00 | $ 0.00 |
| Other: Carlson & Dash | $ 293.00 | $ 293.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 31,082.75 |
| Remaining Balance | | $ | 142,858.86 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 26,051.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Bob Koors | $ 11,725.00 | $ 0.00 | $ 11,725.00 |
| 000035 | Holly Kay Eller | $ 12,475.00 | $ 0.00 | $ 12,475.00 |
| AUTO | INTERNAL REVENUE SERVICE (WAGE TAX) | $ 1,500.40 | $ 0.00 | $ 1,500.40 |
| AUTO | INTERNAL REVENUE SERVICE (WAGE TAX) | $ 350.90 | $ 0.00 | $ 350.90 |
| | Total to be paid to priority creditors | | | $ 26,051.30 |
| | Remaining Balance | | | $ 116,807.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,704,178.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CIT Technology Financing Services, Inc. | $ 1,110.44 | $ 0.00 | $ 27.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | CIT Finance, LLC | $ 3,195.61 | $ 0.00 | $ 79.35 |
| 000003 | Bob Koors | $ 48,275.00 | $ 0.00 | $ 1,198.70 |
| 000004 | American Express Travel Related Services | $ 19,337.66 | $ 0.00 | $ 480.17 |
| 000005 | KHM Plastics, Inc. | $ 102.00 | $ 0.00 | $ 2.53 |
| 000006 | Olympic Logistic Services | $ 15,786.00 | $ 0.00 | $ 391.98 |
| 000007 | Illinois Department of Revenue | $ 22.88 | $ 0.00 | $ 0.57 |
| 000008 | Satis&fy LLC | $ 16,107.00 | $ 0.00 | $ 399.94 |
| 000009 | Green Slate Creative LLC | $ 95,939.00 | $ 0.00 | $ 2,382.22 |
| 000010 | Sign Works, Inc. | $ 5,980.00 | $ 0.00 | $ 148.49 |
| 000011 | Pico Australia PTY LTD | $ 30,815.29 | $ 0.00 | $ 765.16 |
| 000012 | Pico Art Exhibit, Inc. | $ 80,039.16 | $ 0.00 | $ 1,987.42 |
| 000013 | Pico Art International Pte Ltd | $ 133,640.78 | $ 0.00 | $ 3,318.38 |
| 000014 | Pico Global Services Limited | $ 362,547.75 | $ 0.00 | $ 9,002.28 |
| 000015 | Pico International (China) LTD | $ 4,138.90 | $ 0.00 | $ 102.77 |
| 000016 | Pico In-Creative (UK) Limited | $ 54,614.98 | $ 0.00 | $ 1,356.12 |
| 000017 | Pico International (Dubai) LLC | $ 144,915.89 | $ 0.00 | $ 3,598.35 |
| 000018 | Pico International (CA), Inc. | $ 1,112,130.04 | $ 0.00 | $ 27,614.86 |
| 000019 | Pico International (LA) Inc. | $ 20,000.00 | $ 0.00 | $ 496.61 |
| 000020 | Pico International Exhibition Svc | $ 826,842.94 | $ 0.00 | $ 20,531.01 |
| 000021 | Pico Shanghai Exhibition Services | $ 182,569.27 | $ 0.00 | $ 4,533.30 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | Outhouse Design | $ 4,370.00 | $ 0.00 | $ 108.51 |
| 000023 | EventStar | $ 384,558.08 | $ 0.00 | $ 9,548.81 |
| 000024 | Volkswagen Group of America, | $ 928,000.00 | $ 0.00 | $ 23,042.80 |
| 000025 | Chevron Products Company | $ 96,766.00 | $ 0.00 | $ 2,402.75 |
| 000026 | Ginger Studio LLC | $ 3,150.00 | $ 0.00 | $ 78.22 |
| 000027 | WCP-Fern Exposition Services LLC | $ 19,445.96 | $ 0.00 | $ 482.85 |
| 000028 | Star Link | $ 10,456.39 | $ 0.00 | $ 259.64 |
| 000030 | EventStar | $ 17,500.00 | $ 0.00 | $ 434.54 |
| 000031 | Shepard Exposition Services, Inc. | $ 11,378.00 | $ 0.00 | $ 282.52 |
| 000032 | Maman Corporation | $ 7,424.00 | $ 0.00 | $ 184.34 |
| 000033 | Exhibit Productions, Inc. | $ 10,000.00 | $ 0.00 | $ 248.31 |
| 000034 | Kelly Services, Inc. | $ 14,559.20 | $ 0.00 | $ 361.51 |
| 000035A | Holly Eller | $ 38,459.83 | $ 0.00 | $ 954.98 |

Total to be paid to timely general unsecured creditors     $     116,807.56

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Philip V. Martino
                        Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-44865-ERW
Pico Chicago Inc.                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: froman              Page 1 of 3              Date Rcvd: Nov 25, 2014
                               Form ID: pdf006           Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2014.

```
db          +Pico Chicago Inc.,    120-160 West Center Court,   Schaumburg, IL 60195-3169
19684582    +A Vista Events,    11900 Baltimore Avenue, Suite A,    Beltsville, MD 20705-1236
19684583     American Express,    Box 0001,   Los Angeles, CA 90096-8000
19932309     American Express Travel Related Services,    Co, Inc Corp Card,    c o Becket and Lee LLP,
              POB 3001,   Malvern, PA 19355-0701
19684585    +Austin Architectural Graphics, Inc.,    1406 East 5th Street,   Austin, TX 78702-3815
20214611    +Bartizan Connects,    217 Riverdale Avenue,   Yonkers, NY 10705-1131
19684586     Blue Cross Blue Shield of Illinois,    25550 Network Place,   Chicago, IL 60673-1255
19828494    +Bob Koors,   C/O Michael D. Robl, Esq.,    104 Cambridge Avenue,   Decatur, GA 30030-3501
19684587    +Brooke Graphics,    1331 Greenleaf Avenue,   Elk Grove Village, IL 60007-5520
19802411   #+CIT Finance, LLC,    Bankruptcy Processing Solutions, Inc.,    1162 E. Sonterra Blvd., Suite 130,
              San Antonio, TX 78258-4048
19802410   #+CIT Technology Financing Services, Inc.,    Bankruptcy Processing Solutions, Inc.,
              1162 E. Sonterra Blvd, Suite 130,   San Antonio, TX 78258-4048
20333867    +Chevron Products Company,    A division of Chevron USA Inc.,   Attn: Michael L. Armstrong,
              6001 Bollinger Canyon Road, Rm. T2084,    San Ramon, CA 94583-2324
19684588    +Dimension Design,    3400 West Lake Avenue,   Glenview, IL 60026-8065
19684589     EventStar,   8150-B NW 90th Street,    Medley, FL 33166
19684590    +Exhibit Fabrications, Inc.,    210 Corporate Drive,   Elgin, IL 60123-9310
21353365    +Exhibit Productions, Inc.,    Jeffrey B. Greenspan,   Meckler Bulger Tilson,
              Marick & Pearson LLP,    123 N. Wacker Drive, Ste. 1800,   Chicago, IL 60606-1770
19684591    +Fern Expositions,    125 Fernco Drive,   Nashville, TN 37207-3910
19684592    +Frazier & Deeter, LLC,    600 Peachtree Street, NE,   Atlanta, GA 30308-2217
19684593    +Ginger Studio LLC,    Xiao-yun Jenny Jiang,   2667 3/4 Waverly Drive,
              Los Angeles, CA 90039-2766
19684594     Global Experience Specialist,    700 Lindell Road,   Las Vegas, NV 89118
19684595    +Green Slate Creative LLC,    John H. Graffius,   1525 Fairwood Drive,
              Traverse City, MI 49696-9490
19684596    +Hall Erickson,    98 East Chicago Avenue,   Westmont, IL 60559-1559
19684597    +Hargrove, Inc.,    One Hargrove Drive,   Lanham, MD 20706-1804
19684598    +Holly Kay Eller,    319 Oakwoods Lane,   Wilkesboro, NC 28697-7419
19684599   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
              CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Lien Unit,   PO Box 19035,
              Springfield, IL 62794-9006)
20003315     Illinois Department of Revenue,    Bankruptcy Section,   PO Box 64338,   Chicago IL 60664-0338
19684600    +Integrated Agency, LLC,    13018 Kings Forest,   San Antonio, TX 78230-1515
19684601    +Juras Palukaitis,    2215 Krystle Way,   Cumming, GA 30041-7291
19684602    +K&M Printing/Spotlight,    1410 North Meacham Road,   Schaumburg, IL 60173-4808
19684604    +KHM Plastics, Inc.,    4090 Ryan Road,   Gurnee, IL 60031-1201
19684603    +Karl's Event Rental,    7000 South 10th Street,   Oak Creek, WI 53154-1421
21464142    +Kelly Services, Inc.,    999 West Big Beaver,   Troy, MI 48084-4716
19684605     Konica Minolta,    PO Box 550599,   Jacksonville, FL 32255-0599
19684606    +Legacy Display Inc.,    9436 American Eagle Way,   Orlando, FL 32837-8379
19684607    +Maman Corp.,    346 West Colfax,   Palatine, IL 60067-2516
21196756    +Maman Corporation,    c/o John Collen,   Tressler LLP,   233 S. Wacker Dr., Suite 2200,
              Chicago, IL 60606-6399
19684608    +Miri Microsystems,    3075 Joyce Street,   Burton, MI 48529-1421
19684609    +Momentum Communications, Inc.,    PO Box 15,   Fox River Grove, IL 60021-0015
19684610    +Olympic Logistic Services,    301 South County Farm Road,   Suite F,   Wheaton, IL 60187-4523
19684611     Optima Graphics,    PO Box 955407,   Saint Louis, MO 63195-5407
19684612    +Outhouse Design,    6052 North Hermitage Avenue,   Chicago, IL 60660-2304
19684613     Pica Australia PTY LTD,    Unit 30, 49 Corporate Boulevard,   Bayswater, VIC 3153,    AUSTRALIA
19684614    +Pico Art Exhibit, Inc.,    C/O John W. Mills, III,   Barnes & Thornburg LLP,
              3475 Piedmont Road, N.E. Ste 1700,   Atlanta, GA 30305-3327
20214612    +Pico Art International Pte Ltd,    C/O John W. Mills, III,   Barnes & Thornburg LLP,
              3475 Piedmont Road, N.E. Ste 1700,   Atlanta, GA 30305-3327
20232109    +Pico Australia PTY LTD,    C/O John W. Mills, III,   Barnes & Thornburg LLP,
              Prominence in Buckhead,    3475 Piedmont Road, N.E. Ste 1700,   Atlanta, GA 30305-3327
19684615     Pico Beijing Exhibition Srv Co,    8 Li Shui Qiao,   Chaoyang District Beijing 102218,    CHINA
19684616    +Pico Global Services Limited,    C/O John W. Mills, III,   Barnes & Thornburg LLP,
              3475 Piedmont Road, N.E. Ste 1700,   Atlanta, GA 30305-3327
19684617    +Pico In-Creative (UK) Limited,    C/O John W. Mills, III,   Barnes & Thomburg LLP,
              3475 Piedmont Road, N.E. Ste 1700,   Atlanta, GA 30305-3327
19684618    +Pico International (CA), Inc.,    C/O John W. Mills, III,   Barnes & Thornburg LLP,
              3475 Piedmont Road, N.E. Ste 1700,   Atlanta, GA 30305-3327
19684619    +Pico International (China) LTD,    C/O John W. Mills, III,   Barnes & Thornburg LLP,
              3475 Piedmont Road, N.E. Ste 1700,   Atlanta, GA 30305-3327
19684620    +Pico International (Dubai) LLC,    C/O John W. Mills III,   Barnes & Thornburg LLP,
              3475 Piedmont Road, N.E., Ste 1700,   Atlanta, GA 30305-3327
19684621    +Pico International (LA) Inc.,    C/O John W. Mills, III,   Barnes & Thornburg, LLP,
              3475 Piedmont Road, N.E. Suite 1700,   Atlanta, GA 30305-3327
19684622    +Pico International Exhibition Svc,    C/O John W. Mills, III,   Barnes & Thornburg LLP,
              3475 Piedmont Road, N.E. Ste 1700,   Atlanta, GA 30305-3327
```

```
District/off: 0752-1          User: froman                Page 2 of 3                   Date Rcvd: Nov 25, 2014
                              Form ID: pdf006             Total Noticed: 78

19684623       Pico International Qatar WLL,   No. 88 ACO Compound C-Ring Road,   New Salata PO Box 24403 Doha,
                QATAR
19684624      +Pico Shanghai Exhibition Services,   C/O John W. Mills, III,   Barnes & Thornburg LLP,
                3475 Piedmont Road, N.E. Suite 1700,   Atlanta, GA 30305-3327
19684625       Pico Singapore,   20 Kallange Avenue,   Singapore 339411,   SINGAPORE
19684626       Principal Financial Group,   PO Bo 10333,   Des Moines, IA 50306-0333
19684627      +Printed Communications, Inc.,   1929 Mountain Industrial Blvd,   Tucker, GA 30084-6620
19684629      +RND Exhibits International,   7550 Plaza Court,   Willowbrook, IL 60527-5611
19684628       Renaissance Management, Inc.,   PO Box 628305,   Orlando, FL 32862-8305
19684630       Royal Argricultural Soc of Victoria,   Melbourne Showgrounds Epsom Rd,   Ascot Vale VIC 3032,
                AUSTRALIA
20016332       Satis&fy LLC,   satos&fy AG,   Industriegebiet Doegelmuehle,   61184 Karben Germany
19684631       Satis&fy West LLC,   123 N. Nye Lane,   Suite 129,   Carson City, NV 89706
19684632      +Schellhorn Photo Techniques,   3916 North Elston Avenue,   Chicago, IL 60618-4287
21060555      +Shepard Exposition Services, Inc.,   Steve Basch,   1424 Hills Place NW,
                Atlanta, GA 30318-2821
19684633      +Sign Works, Inc.,   584 County Line Road,   Bensenville, IL 60106-3201
20374355      +Star Link,   Darrow Law Center APC,   27349 Jefferson Ave Ste 208,   Temecula, CA 92590-5612
19684634      +StarLink,   3300 Fujita Street,   Torrance, CA 90505-4017
19684635      +Steven Wu,   1270 Lexington Lane,   Lake Zurich, IL 60047-3328
19684636      +Tenfab,   829 Chicago Avenue,   Evanston, IL 60202-2307
19684637      +The Churchill Family Partnership,   c/o Alter Asset Management,   1980 Springer Drive,
                Lombard, IL 60148-6419
19684638      +The Churchill Family Partnership LP,   c/o Alter Asset Managmeent,   1980 Springer Drive,
                IL 60148-6419
20214613      +Thurston Roberts,   32770 North Almond Road,   Grayslake, IL 60030-9707
20328872      +Volkswagen Group of America,,   Chattanooga Operations, LLC,
                c/o Chambliss, Bahner & Stophel, P.C.,   605 Chestnut Street, Ste 1700,
                Chattanooga, TN 37450-0019
20365783      +WCP-Fern Exposition Services LLC,   645 Linn Street,   Cincinnati, OH 45203-1722
20214614       WLC Cabinetry,   21 West 471 Park Avenue,   Lombard, IL 60148
19684639       World Image International Ltd,   Tai PO Industrial Estate 4,   Tai Fu Street, Hong Kong,
                CHINA
19684640       Zenith Labor Net,   2535 North Royal Place,   Tucker, GA 30084-3035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20214615        ZZ Brought Forward Diff, May 1 2010
19684584     ##+Ascend Technologies, Inc.,   PO Box 80007,   Conyers, GA 30013-8007
                                                                                            TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 24, 2014 at the address(es) listed below:
         Colleen E McManus    on behalf of Trustee Philip V Martino, ESQ cmcmanus@carlsondash.com,
          knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
         Colleen E McManus    on behalf of Plaintiff Philip V. Martino cmcmanus@carlsondash.com,
          knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
```

```
District/off: 0752-1          User: froman              Page 3 of 3              Date Rcvd: Nov 25, 2014
                              Form ID: pdf006           Total Noticed: 78
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              Jeffrey B Greenspan    on behalf of Defendant    Exhibit Productions, Inc. jeff.greenspan@mbtlaw.com
              Konstantine T. Sparagis    on behalf of Defendant James J Carroll gsparagi@yahoo.com,
               Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
              Lauren N. Beslow    on behalf of Plaintiff Philip V. Martino Lauren.Beslow@quarles.com,
               Faye.Feinstein@quarles.com
              Lauren N. Beslow    on behalf of Trustee Philip V Martino, ESQ Lauren.Beslow@quarles.com,
               Faye.Feinstein@quarles.com
              Lauren N. Beslow    on behalf of Plaintiff Philip V. Martino, not individually, but solely as
               Chapter 7  Trustee Lauren.Beslow@quarles.com,   Faye.Feinstein@quarles.com
              Lauren N. Beslow    on behalf of Spec. Counsel Collen E McManus Lauren.Beslow@quarles.com,
               Faye.Feinstein@quarles.com
              Matthew P. Barrette    on behalf of Defendant    Olympic Logistic Services, Inc.
               mattbarrette@shlawfirm.com
              Michelle A Mendez    on behalf of Defendant    Blue Cross Blue Shield of Illinois, a division of
               Health Care Service Corporation mmendez@crb-law.com,   kim@crb-law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Timothy S. McFadden    on behalf of Debtor    Pico Chicago Inc. tmcfadden@btlaw.com
              Zachary J Garrett    on behalf of Defendant    Volkswagen Group of America, Inc.
               zachary.garrett@goldbergkohn.com,   kristina.bunker@goldbergkohn.com
              Zachary J Garrett    on behalf of Counter-Claimant    Volkswagen Group of America, Inc.
               zachary.garrett@goldbergkohn.com,   kristina.bunker@goldbergkohn.com
                                                                                             TOTAL: 15
```