EUGENE R. WEDOFF

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PICO CHICAGO INC. | § | Case No. 12-44865 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 7,654.25 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  143,954.86 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  166,592.18 | |

3) Total gross receipts of $ 310,547.04  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 310,547.04  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 172,334.63 | 166,592.18 | 166,592.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 47,637.60 | 44,564.30 | 26,051.30 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,930,182.26 | 4,742,637.88 | 4,704,178.05 | 117,903.56 |
| **TOTAL DISBURSEMENTS** | $ 3,930,182.26 | $ 4,962,610.11 | $ 4,915,334.53 | $ 310,547.04 |

4)  This case was originally filed under chapter 7 on  11/13/2012 .  The case was pending for 33 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/12/2015                    By:/s/PHILIP V. MARTINO
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Notes and Accounts Receivable | 1121-000 | 15,000.00 |
| ACCOUNTS RECEIVABLE | 1121-000 | 134,232.02 |
| Wells Fargo Bank Accounts | 1129-000 | 27,595.82 |
| PREFERENCE | 1141-000 | 133,719.20 |
| **TOTAL GROSS RECEIPTS** | | **$310,547.04** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | 2100-000 | NA | 18,777.35 | 18,777.35 | 18,777.35 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 299.89 | 299.89 | 299.89 |
| Associated Bank | 2600-000 | NA | 1,688.42 | 1,688.42 | 1,688.42 |
| CONGRESSIONAL | 2600-000 | NA | 281.71 | 281.71 | 281.71 |
| CONGRESSIONAL BANK | 2600-000 | NA | 751.37 | 751.37 | 751.37 |
| CONGRESSIONAL BANKI | 2600-000 | NA | 33.99 | 33.99 | 33.99 |
| QUARLES & BRADY LLP | 3110-000 | NA | 138,521.24 | 133,089.05 | 133,089.05 |
| QUARLES & BRADY LLP | 3120-000 | NA | 7,911.66 | 7,601.40 | 7,601.40 |
| CARLSON & DASH | 3210-000 | NA | 3,776.00 | 3,776.00 | 3,776.00 |
| CARLSON & DASH | 3220-000 | NA | 293.00 | 293.00 | 293.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 172,334.63 | $ 166,592.18 | $ 166,592.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003B | BOB KOORS | 5300-000 | NA | 11,725.00 | 11,725.00 | 7,310.54 |
| 000029 | HOLLY ELLER | 5300-000 | NA | 12,475.00 | 0.00 | 0.00 |
| 000035 | HOLLY KAY ELLER | 5300-000 | NA | 12,475.00 | 12,475.00 | 7,778.16 |
| AUTO | ILLINOIS STATE INCOME TAX | 5300-000 | NA | NA | 1,210.00 | 1,210.00 |
| AUTO | INTERNAL REVENUE SERVICE | 5300-000 | NA | NA | 6,400.90 | 350.90 |
| AUTO | INTERNAL REVENUE SERVICE (WAGE TAX) | 5300-000 | NA | NA | 1,500.40 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | NA | 0.00 | 9,401.70 | 9,401.70 |
| AUTO | INTERNAL REVENUE SERVICE (WAGE TAX) | 5800-000 | NA | NA | 1,851.30 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 47,637.60 | $ 44,564.30 | $ 26,051.30 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A Vista Events 11900 Baltimore Avenue, Suite A Beltsville, MD 20705 | | 111,468.16 | NA | NA | 0.00 |
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | 19,337.66 | NA | NA | 0.00 |
| | Ascend Technologies, Inc. PO Box 80007 Conyers, GA 30013 | | 626.56 | NA | NA | 0.00 |
| | Austin Architectural Graphics, Inc. 1406 East 5th Street Austin, TX 78702 | | 260.00 | NA | NA | 0.00 |
| | Bartizan Connects 217 Riverdale Avenue Yonkers, NY 10705 | | 365.00 | NA | NA | 0.00 |
| | Brooke Graphics 1331 Greenleaf Avenue Elk Grove Village, IL 60007 | | 3,810.00 | NA | NA | 0.00 |
| | Dimension Design 3400 West Lake Avenue Glenview, IL 60026 | | 11,146.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Exhibit Fabrications, Inc. 210 Corporate Drive Elgin, IL 60123 | | 160.98 | NA | NA | 0.00 |
| | Fern Exposition & Event Services 645 Linn Street Cincinnati, OH 45203 | | 19,445.96 | NA | NA | 0.00 |
| | Frazier & Deeter, LLC 600 Peachtree Street, NE Suite 1900 Atlanta, GA 30308 | | 1,500.00 | NA | NA | 0.00 |
| | Ginger Studio 2667 Waverly Drive, Unit 3 Los Angeles, CA 90039 | | 3,150.00 | NA | NA | 0.00 |
| | Hall Erickson 98 East Chicago Avenue Suite 201 Westmont, IL 60559 | | 3,800.00 | NA | NA | 0.00 |
| | Hargrove, Inc. One Hargrove Drive Lanham, MD 20706 | | 45.57 | NA | NA | 0.00 |
| | Integrated Agency, LLC 13018 Kings Forest San Antonio, TX 78230 | | 47,500.00 | NA | NA | 0.00 |
| | Juras Palukaitis 2215 Krystle Way Cumming, GA 30041 | | 1,700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | K&M Printing/Spotlight 1410 North Meacham Road Schaumburg, IL 60173 | | 1,653.00 | NA | NA | 0.00 |
| | KHM Plastics, Inc. 4090 Ryan Road Gurnee, IL 60031 | | 361.77 | NA | NA | 0.00 |
| | Karl's Event Rental 7000 South 10th Street Oak Creek, WI 53154 | | 1,541.88 | NA | NA | 0.00 |
| | Legacy Display Inc. 9436 American Eagle Way Orlando, FL 32837 | | 1,405.25 | NA | NA | 0.00 |
| | Miri Microsystems 3075 Joyce Street Burton, MI 48529 | | 591.58 | NA | NA | 0.00 |
| | Momentum Communications, Inc. P.O. Box 15 Fox River Grove, IL 60021 | | 22,075.70 | NA | NA | 0.00 |
| | Optima Graphics P.O. Box 955407 Saint Louis, MO 63195-5407 | | 211.13 | NA | NA | 0.00 |
| | Principal Financial Group PO Box 10333 Des Moines, IA 50306-0333 | | 1,804.67 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Printed Communications, Inc. 1929 Mountain Industrial Blvd Tucker, GA 30084 | | 192.60 | NA | NA | 0.00 |
| | RND Exhibits International 7550 Plaza Court Willowbrook, IL 60527 | | 53,028.43 | NA | NA | 0.00 |
| | Renaissance Management, Inc. PO Box 628305 Orlando, FL 32862-8305 | | 72,718.13 | NA | NA | 0.00 |
| | Royal Agricultural Soc of Victoria Melbourne Showgrounds Epsom Rd Ascot Vale VIC 3032 AUSTRALIA | | 524.17 | NA | NA | 0.00 |
| | Schellhorn Photo Techniques 3916 North Elston Avenue Chicago, IL 60618 | | 4,964.00 | NA | NA | 0.00 |
| | Tenfab 829 Chicago Avenue Evanston, IL 60202 | | 150.00 | NA | NA | 0.00 |
| | The Churchill Family Partnership c/o Alter Asset Management 1980 Springer Drive Lombard, IL 60148 | | 5,816.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Thurston Roberts 32770 North Almond Road Grayslake, IL 60030 | | 285.30 | NA | NA | 0.00 |
| | WLC Cabinetry 21 West 471 Park Avenue Lombard, IL 60148 | | 1,050.00 | NA | NA | 0.00 |
| | ZZ Brought Forward Diff. May 1 2010 | | 308.90 | NA | NA | 0.00 |
| | Zenith Labor Net 2535 North Royal Place Tucker, GA 30084-3035 | | 3,552.56 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS TRAVEL RELATED SER | 7100-000 | NA | 19,337.66 | 19,337.66 | 484.68 |
| 000003 | BOB KOORS | 7100-000 | NA | 48,275.00 | 48,275.00 | 1,209.94 |
| 000025 | CHEVRON PRODUCTS COMPANY | 7100-000 | NA | 96,766.00 | 96,766.00 | 2,425.30 |
| 000002 | CIT FINANCE, LLC | 7100-000 | NA | 3,195.61 | 3,195.61 | 80.09 |
| 000001 | CIT TECHNOLOGY FINANCING SERVICES, | 7100-000 | NA | 1,110.44 | 1,110.44 | 27.83 |
| 000023 | EVENTSTAR | 7100-000 | 436,083.75 | 384,558.08 | 384,558.08 | 9,638.40 |
| 000030 | EVENTSTAR | 7100-000 | NA | 17,500.00 | 17,500.00 | 438.61 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000033 | EXHIBIT PRODUCTIONS, INC. | 7100-000 | NA | 10,000.00 | 10,000.00 | 250.64 |
| 000026 | GINGER STUDIO LLC | 7100-000 | NA | 3,150.00 | 3,150.00 | 78.95 |
| 000009 | GREEN SLATE CREATIVE LLC | 7100-000 | 70,000.00 | 95,939.00 | 95,939.00 | 2,404.58 |
| 000029A | HOLLY ELLER | 7100-000 | 42,355.29 | 38,459.83 | 0.00 | 0.00 |
| 000035A | HOLLY ELLER | 7100-000 | NA | 38,459.83 | 38,459.83 | 963.94 |
| 000007 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | 4,146.29 | 22.88 | 22.88 | 0.57 |
| 000005 | KHM PLASTICS, INC. | 7100-000 | NA | 102.00 | 102.00 | 2.56 |
| 000006 | OLYMPIC LOGISTIC SERVICES | 7100-000 | 12,158.00 | 15,786.00 | 15,786.00 | 395.65 |
| 000022 | OUTHOUSE DESIGN | 7100-000 | 3,000.00 | 4,370.00 | 4,370.00 | 109.53 |
| 000012 | PICO ART EXHIBIT, INC. | 7100-000 | 80,039.16 | 80,039.16 | 80,039.16 | 2,006.07 |
| 000013 | PICO ART INTERNATIONAL PTE LTD | 7100-000 | 133,640.78 | 133,640.78 | 133,640.78 | 3,349.52 |
| 000011 | PICO AUSTRALIA PTY LTD | 7100-000 | 30,815.29 | 30,815.29 | 30,815.29 | 772.34 |
| 000014 | PICO GLOBAL SERVICES LIMITED | 7100-000 | 356,299.45 | 362,547.75 | 362,547.75 | 9,086.75 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | PICO IN-CREATIVE (UK) LIMITED | 7100-000 | 54,614.98 | 54,614.98 | 54,614.98 | 1,368.85 |
| 000018 | PICO INTERNATIONAL (CA), INC. | 7100-000 | 1,113,130.04 | 1,112,130.04 | 1,112,130.04 | 27,873.96 |
| 000015 | PICO INTERNATIONAL (CHINA) LTD | 7100-000 | 4,138.90 | 4,138.90 | 4,138.90 | 103.73 |
| 000017 | PICO INTERNATIONAL (DUBAI) LLC | 7100-000 | 144,915.89 | 144,915.89 | 144,915.89 | 3,632.11 |
| 000019 | PICO INTERNATIONAL (LA) INC. | 7100-000 | 20,000.00 | 20,000.00 | 20,000.00 | 501.27 |
| 000020 | PICO INTERNATIONAL EXHIBITION SVC | 7100-000 | 826,842.94 | 826,842.94 | 826,842.94 | 20,723.65 |
| 000008 | SATIS&FY LLC | 7100-000 | 16,107.50 | 16,107.00 | 16,107.00 | 403.70 |
| 000021 | SHANGHAI PICO EXHIBITION SERVICES C | 7100-000 | 166,443.66 | 182,569.27 | 182,569.27 | 4,575.84 |
| 000031 | SHEPARD EXPOSITION SERVICES, INC. | 7100-000 | NA | 11,378.00 | 11,378.00 | 285.17 |
| 000010 | SIGN WORKS, INC. | 7100-000 | 5,980.00 | 5,980.00 | 5,980.00 | 149.88 |
| 000028 | STAR LINK | 7100-000 | 6,185.70 | 10,456.39 | 10,456.39 | 262.07 |
| 000024 | VOLKSWAGEN GROUP OF AMERICA, | 7100-000 | NA | 928,000.00 | 928,000.00 | 23,259.01 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000027 | WCP-FERN EXPOSITION SERVICES LLC | 7100-000 | NA | 19,445.96 | 19,445.96 | 487.39 |
| 000034 | KELLY SERVICES, INC. | 7100-001 | NA | 14,559.20 | 14,559.20 | 364.91 |
| 000032 | MAMAN CORPORATION | 7100-001 | 6,733.00 | 7,424.00 | 7,424.00 | 186.07 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,930,182.26 | $ 4,742,637.88 | $ 4,704,178.05 | $ 117,903.56 |

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-44865   ERW   Judge: EUGENE R. WEDOFF | |
| Case Name: | PICO CHICAGO INC. | |
| For Period Ending: | 06/30/15   (3rd reporting period for this case) | |

Trustee Name:   PHILIP V. MARTINO
Date Filed (f) or Converted (c):   11/13/12 (f)
341(a) Meeting Date:   01/09/13
Claims Bar Date:   04/15/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wells Fargo Bank Accounts | 224.26 | 27,595.82 | | 27,595.82 | FA |
| 2. Security Deposit Held by Landlord | 3,605.00 | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE | 492,033.87 | 134,232.02 | | 149,232.02 | FA |
| 4. Office Supplies | 2,047.50 | 0.00 | OA | 0.00 | FA |
| 5. OFFICE FURNITURE | 2,001.75 | 0.00 | OA | 0.00 | FA |
| 6. PREFERENCE | 332,602.73 | 133,719.20 | | 133,719.20 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $832,515.11          $295,547.04                    $310,547.04                    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee reissued check to Shanghai Pico and check cleared 6/22/2015.  Remaining unclaimed funds have been turned over to

the Court (6/26/15).  The Court's check cleared the bank 7/1/2015.  The TDR will be filed in August.

Initial Projected Date of Final Report (TFR): 06/30/14          Current Projected Date of Final Report (TFR): 10/31/14

/s/      PHILIP V. MARTINO

_____   Date: 08/12/15

PHILIP V. MARTINO

FORM 2                                                                                                    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 12-44865 -ERW | | | Trustee Name: | PHILIP V. MARTINO | |
| Case Name: | PICO CHICAGO INC. | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******9846 Checking Account | |
| Taxpayer ID No: | *******1164 | | | | | |
| For Period Ending: | 06/30/15 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 287,781.97 | | 287,781.97 |
| C 03/04/14 | 6 | Karen M. and Thurston J. Roberts | Settlement payment | 1141-000 | 640.00 | | 288,421.97 |
| C 03/04/14 | 6 | Austin Architectural Graphics | Settlement payment | 1141-000 | 8,858.00 | | 297,279.97 |
| C 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 206.97 | 297,073.00 |
| C 03/11/14 | 6 | Getvamp LLC | Settlement payment | 1141-000 | 9,000.00 | | 306,073.00 |
| C 04/02/14 | 6 | Karen M. and Thurston J. Roberts | Payment on Settlement | 1141-000 | 640.00 | | 306,713.00 |
| | | | This deposit was made 3/28/14. Because of the use of handwritten deposit slips, I inadvertently failed to fill in the ledger on the day of deposit. | | | | |
| C 04/02/14 | 005001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Pro Rata Bond 016026455 | 2300-000 | | 299.89 | 306,413.11 |
| C 04/02/14 | 005002 | Quarles & Brady LLP | First Interim Fees and Costs | | | 129,481.05 | 176,932.06 |
| | | | Fees            122,222.55 | 3110-000 | | | |
| | | | Expenses       7,258.50 | 3120-000 | | | |
| C 04/02/14 | 005003 | Carlson Dash | Final Fees and Costs | | | 4,069.00 | 172,863.06 |
| | | | Fees            3,776.00 | 3210-000 | | | |
| | | | Expenses       293.00 | 3220-000 | | | |
| C 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 449.42 | 172,413.64 |
| C 04/30/14 | 6 | Karen M. Roberts and Thurston J. Roberts | Payment on Settlement | 1141-000 | 640.00 | | 173,053.64 |
| C 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 268.44 | 172,785.20 |
| C 06/03/14 | 6 | Karen M. and Thurston J Roberts | Payment on Settlement | 1141-000 | 640.00 | | 173,425.20 |
| C 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 256.89 | 173,168.31 |
| C 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 249.08 | 172,919.23 |
| C 07/15/14 | 6 | Karen M. and Thurston J. Roberts | Payment on Settlement | 1141-000 | 640.00 | | 173,559.23 |
| C 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 257.62 | 173,301.61 |

Page Subtotals                308,839.97        135,538.36

Ver: 18.05

FOR RCP

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-44865 -ERW |
| Case Name: | PICO CHICAGO INC. |
| Taxpayer ID No: | *******1164 |
| For Period Ending: | 06/30/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9846  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| C | 08/11/14 | 6 | Karen M. Roberts and Thurston J. Roberts | Final Payment | 1141-000 | 640.00 | | 173,941.61 |
| * C | 12/29/14 | | INTERNAL REVENUE SERVICE (WAGE TAX) | Medicare (employer) | 5800-003 | | 350.90 | 173,590.71 |
| * C | 12/29/14 | | INTERNAL REVENUE SERVICE (WAGE TAX) | Social Security (employee) | 5300-003 | | 1,500.40 | 172,090.31 |
| * C | 12/29/14 | | INTERNAL REVENUE SERVICE (WAGE TAX) | Social Security (employer) | 5800-003 | | 1,500.40 | 170,589.91 |
| * C | 12/29/14 | | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-003 | | 6,050.00 | 164,539.91 |
| C | 12/29/14 | 005004 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 18,777.35 | 145,762.56 |
| C | 12/29/14 | 005005 | Quarles & Brady LLP 300 North LaSalle Street Suite 4000 Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | | | 11,209.40 | 134,553.16 |
| | | | | Fees 10,866.50 | 3110-000 | | | |
| | | | | Expenses 342.90 | 3120-000 | | | |
| C | 12/29/14 | 005006 | Bob Koors c/o Michael LD. Robl, Esq. 104 Cambridge Avenue Decatur, GA 30030 | Claim 000003B, Payment 100.00000% | 5300-000 | | 7,310.54 | 127,242.62 |
| C | 12/29/14 | 005007 | Holly Kay Eller 319 Oakwoods Lane Wilkesboro, NC 28697 | Claim 000035, Payment 100.00000% | 5300-000 | | 7,778.16 | 119,464.46 |
| C | 12/29/14 | 005008 | INTERNAL REVENUE SERVICE | MEDICARE | 5300-000 | | 350.90 | 119,113.56 |
| C | 12/29/14 | 005009 | ILLINOIS STATE INCOME TAX | STATE TAX | 5300-000 | | 1,210.00 | 117,903.56 |
| C | 12/29/14 | 005010 | CIT Technology Financing Services, Inc. Bankruptcy Processing Solutions, Inc. 1162 E. Sonterra Blvd, Suite 130 San Antonio, TX 78258 | Claim 000001, Payment 2.50621% | 7100-000 | | 27.83 | 117,875.73 |
| C | 12/29/14 | 005011 | CIT Finance, LLC Bankruptcy Processing Solutions, Inc. 1162 E. Sonterra Blvd., Suite 130 | Claim 000002, Payment 2.50625% | 7100-000 | | 80.09 | 117,795.64 |

| | | | | Page Subtotals | | 640.00 | 56,145.97 | |

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 16)

FORM 2                                                                                          Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                 Exhibit 9

| Case No: | 12-44865 -ERW | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | PICO CHICAGO INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9846  Checking Account |
| Taxpayer ID No: | *******1164 | | |
| For Period Ending: | 06/30/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | San Antonio, TX 78258 | | | | | |
| C  12/29/14 | 005012 | Bob Koors<br>C/O Michael D. Robl, Esq<br>104 Cambridge Avenue<br>Decatur, GA 30030 | Claim 000003, Payment 2.50635% | 7100-000 | | 1,209.94 | 116,585.70 |
| C  12/29/14 | 005013 | American Express Travel Related Services<br>Co, Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 2.50640%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 484.68 | 116,101.02 |
| C  12/29/14 | 005014 | Olympic Logistic Services<br>301 South County Farm Road<br>Suite F<br>Wheaton, IL 60187 | Claim 000006, Payment 2.50633% | 7100-000 | | 395.65 | 115,705.37 |
| C  12/29/14 | 005015 | Satis&fy LLC<br>satos&fy AG<br>Industriegebiet Doegelmuehle<br>61184 Karben Germany | Claim 000008, Payment 2.50636% | 7100-000 | | 403.70 | 115,301.67 |
| C  12/29/14 | 005016 | Green Slate Creative LLC<br>John H. Graffius<br>1525 Fairwood Drive<br>Traverse City, MI 49696 | Claim 000009, Payment 2.50636% | 7100-000 | | 2,404.58 | 112,897.09 |
| C  12/29/14 | 005017 | Sign Works, Inc.<br>584 County Line Road<br>Bensenville, IL 60106 | Claim 000010, Payment 2.50635% | 7100-000 | | 149.88 | 112,747.21 |
| C  12/29/14 | 005018 | Pico Australia PTY LTD<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>Prominence in Buckhead<br>3475 Piedmont Road, N.E. Ste 1700 | Claim 000011, Payment 2.50635%<br>(11-1) Modified to correct<br>creditor's address (modified on 3/27/13) | 7100-000 | | 772.34 | 111,974.87 |

|  | | | Page Subtotals | | 0.00 | 5,820.77 | |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-44865 -ERW |
| Case Name: | PICO CHICAGO INC. |
| | |
| Taxpayer ID No: | *******1164 |
| For Period Ending: | 06/30/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9846  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Atlanta, GA 30305-2954 | | | | | |
| C | 12/29/14 | 005019 | Pico Art Exhibit, Inc.<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Claim 000012, Payment 2.50636%<br>(12-1) Modified to correct<br>creditor's address (modified on 3/27/2013) | 7100-000 | | 2,006.07 | 109,968.80 |
| C | 12/29/14 | 005020 | Pico Art International Pte Ltd<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Claim 000013, Payment 2.50636%<br>(13-1) Modified to correct<br>creditor's address (modified on 3/27/2013) | 7100-000 | | 3,349.52 | 106,619.28 |
| C | 12/29/14 | 005021 | Pico Global Services Limited<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Claim 000014, Payment 2.50636%<br>(14-1) Modified to correct<br>creditor's address (modified on 3/27/13) | 7100-000 | | 9,086.75 | 97,532.53 |
| C | 12/29/14 | 005022 | Pico International (China) LTD<br>C/O John W. Mills, III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Claim 000015, Payment 2.50622%<br>(15-1) Modified to correct<br>creditor's address (modified on 3/27/2013) | 7100-000 | | 103.73 | 97,428.80 |
| C | 12/29/14 | 005023 | Pico In-Creative (UK) Limited<br>C/O John W. Mills, III<br>Barnes & Thomburg LLP<br>3475 Piedmont Road, N.E. Ste 1700<br>Atlanta, GA 30305-2954 | Claim 000016, Payment 2.50636%<br>(16-1) Modified to correct<br>creditor's address (modified on 3/27/2013) | 7100-000 | | 1,368.85 | 96,059.95 |
| C | 12/29/14 | 005024 | Pico International (Dubai) LLC<br>C/O John W. Mills III<br>Barnes & Thornburg LLP<br>3475 Piedmont Road, N.E., Ste 1700 | Claim 000017, Payment 2.50636%<br>(17-1) Modified to correct<br>creditor's address (modified on 3/27/2013) | 7100-000 | | 3,632.11 | 92,427.84 |

| | Page Subtotals | 0.00 | 19,547.03 |
|---|---|---|---|

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:     12-44865  -ERW
Case Name:  PICO CHICAGO INC.

Trustee Name:      PHILIP V. MARTINO
Bank Name:        ASSOCIATED BANK
Account Number / CD #:   *******9846  Checking Account

Taxpayer ID No:  *******1164
For Period Ending:  06/30/15

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 12/29/14 | 005025 | Atlanta, GA 30305-2954 Pico International (CA), Inc. C/O John W. Mills, III Barnes & Thornburg LLP 3475 Piedmont Road, N.E. Ste 1700 Atlanta, GA 30305-2954 | Claim 000018, Payment 2.50636% (18-1) Modified to correct creditor address (modified on 3/27/13) | 7100-000 | | 27,873.96 | 64,553.88 |
| C | 12/29/14 | 005026 | Pico International (LA) Inc. C/O John W. Mills, III Barnes & Thornburg, LLP 3475 Piedmont Road, N.E. Suite 1700 Atlanta, GA 30305-2954 | Claim 000019, Payment 2.50635% (19-1) Modified to correct creditor's address (modified on 3/27/2013) | 7100-000 | | 501.27 | 64,052.61 |
| C | 12/29/14 | 005027 | Pico International Exhibition Svc C/O John W. Mills, III Barnes & Thornburg LLP 3475 Piedmont Road, N.E. Ste 1700 Atlanta, GA 30305-2954 | Claim 000020, Payment 2.50636% (20-1) Modified to correct credito's address (modified on 3/27/2013) | 7100-000 | | 20,723.65 | 43,328.96 |
| * C | 12/29/14 | 005028 | Pico Shanghai Exhibition Services C/O John W. Mills, III Barnes & Thornburg LLP 3475 Piedmont Road, N.E. Suite 1700 Atlanta, GA 30305-2954 | Claim 000021, Payment 2.50636% | 7100-004 | | 4,575.84 | 38,753.12 |
| * C | 12/29/14 | 005028 | Pico Shanghai Exhibition Services C/O John W. Mills, III Barnes & Thornburg LLP 3475 Piedmont Road, N.E. Suite 1700 Atlanta, GA 30305-2954 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -4,575.84 | 43,328.96 |
| C | 12/29/14 | 005029 | Outhouse Design 6052 North Hermitage Avenue Chicago, IL 60660 | Claim 000022, Payment 2.50641% | 7100-000 | | 109.53 | 43,219.43 |
| C | 12/29/14 | 005030 | EventStar | Claim 000023, Payment 2.50636% | 7100-000 | | 9,638.40 | 33,581.03 |

Page Subtotals     0.00     58,846.81

Ver: 18.05

LFORM24

Page:    6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          12-44865  -ERW

Case Name:        PICO CHICAGO INC.

Taxpayer ID No:   *******1164

For Period Ending:  06/30/15

Trustee Name:     PHILIP V. MARTINO

Bank Name:        ASSOCIATED BANK

Account Number / CD #:   *******9846  Checking Account

Blanket Bond (per case limit):  $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 8150-B NW 90th Street<br>Medley, FL 33166 | | | | | |
| C   12/29/14 | 005031 | Volkswagen Group of America,<br>Chattanooga Operations, LLC<br>c/o Chambliss, Bahner & Stophel, P.C.<br>605 Chestnut Street, Ste 1700<br>Chattanooga, TN 37450 | Claim 000024, Payment 2.50636% | 7100-000 | | 23,259.01 | 10,322.02 |
| C   12/29/14 | 005032 | Chevron Products Company<br>A division of Chevron USA Inc.<br>Attn: Michael L. Armstrong<br>6001 Bollinger Canyon Road, Rm. T2084<br>San Ramon, CA 94583 | Claim 000025, Payment 2.50636%<br>(25-1) Modified to include address<br>(Modified on 4/16/13) lw | 7100-000 | | 2,425.30 | 7,896.72 |
| C   12/29/14 | 005033 | Ginger Studio LLC<br>Xiao-yun Jenny Jiang<br>2667 3/4 Waverly Drive<br>Los Angeles, CA 90039 | Claim 000026, Payment 2.50635% | 7100-000 | | 78.95 | 7,817.77 |
| C   12/29/14 | 005034 | WCP-Fern Exposition Services LLC<br>645 Linn Street<br>Cincinnati, OH 45203 | Claim 000027, Payment 2.50638% | 7100-000 | | 487.39 | 7,330.38 |
| C   12/29/14 | 005035 | Star Link<br>Darrow Law Center APC<br>27349 Jefferson Ave Ste 208<br>Temecula, CA 92590 | Claim 000028, Payment 2.50631% | 7100-000 | | 262.07 | 7,068.31 |
| C   12/29/14 | 005036 | EventStar<br>8150-B NW 90th Street<br>Medley, FL 33166 | Claim 000030, Payment 2.50634% | 7100-000 | | 438.61 | 6,629.70 |
| C   12/29/14 | 005037 | Shepard Exposition Services, Inc.<br>Steve Basch<br>1424 Hills Place NW<br>Atlanta, GA 30318 | Claim 000031, Payment 2.50633% | 7100-000 | | 285.17 | 6,344.53 |

Page Subtotals          0.00          27,236.50

Ver: 18.05

FORM 2

Page: 7

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-44865 -ERW |
| Case Name: | PICO CHICAGO INC. |
| Taxpayer ID No: | *******1164 |
| For Period Ending: | 06/30/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9846  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| * C  12/29/14 | 005038 | Maman Corporation<br>c/o John Collen<br>Tressler LLP<br>233 S. Wacker Dr., Suite 2200<br>Chicago, IL 60606 | Claim 000032, Payment 2.50633% | 7100-003 | | 186.07 | 6,158.46 |
| * C  12/29/14 | 005039 | Exhibit Productions, Inc.<br>Jeffrey B. Greenspan<br>Meckler Bulger Tilson<br>Marick & Pearson LLP<br>123 N. Wacker Drive, Ste. 1800<br>Chicago, IL 60606 | Claim 000033, Payment 2.50640%<br>(33-1) Modiffied to correct address<br>(Modified on 12/23/13) lw | 7100-003 | | 250.64 | 5,907.82 |
| * C  12/29/14 | 005040 | Kelly Services, Inc.<br>999 West Big Beaver<br>Troy, MI 48084 | Claim 000034, Payment 2.50639% | 7100-003 | | 364.91 | 5,542.91 |
| C  12/29/14 | 005041 | Holly Eller<br>319 Oakwoods Lane<br>Wilkesboro, NC 28697 | Claim 000035A, Payment 2.50636% | 7100-000 | | 963.94 | 4,578.97 |
| C  12/29/14 | 005042 | KHM Plastics, Inc.<br>4090 Ryan Road<br>Gurnee, IL 60031 | Claim 000005 2.50640% Interim Dist. | 7100-000 | | 2.56 | 4,576.41 |
| C  12/29/14 | 005043 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Int Distribution (7-1) ROT liabilit<br>unfiled return for 10/12 | 7100-000 | | 0.57 | 4,575.84 |
| * C  01/07/15 | 005039 | Exhibit Productions, Inc.<br>Jeffrey B. Greenspan<br>Meckler Bulger Tilson<br>Marick & Pearson LLP<br>123 N. Wacker Drive, Ste. 1800<br>Chicago, IL 60606 | Claim 000033, Payment 2.50640%<br>Attorney wishes check be made out to creditor only. | 7100-003 | | -250.64 | 4,826.48 |
| | | | Page Subtotals | | 0.00 | 1,518.05 | |

Ver: 18.05

Page:    8

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:    12-44865 -ERW
Case Name:    PICO CHICAGO INC.

Taxpayer ID No:    *******1164
For Period Ending:    06/30/15

Trustee Name:    PHILIP V. MARTINO
Bank Name:    ASSOCIATED BANK
Account Number / CD #:    *******9846  Checking Account

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 01/07/15 | 005044 | Exhibit Productions, Inc. | (33-1) Modiffied to correct address | 7100-000 | | 250.64 | 4,575.84 |
| | | | | (Modified on 12/23/13) lw | | | | |
| * C | 03/06/15 | | INTERNAL REVENUE SERVICE (WAGE TAX) | Medicare (employer) | 5800-003 | | -350.90 | 4,926.74 |
| | | | | Unable to get EFTPS number.  Writing manual check | | | | |
| * C | 03/06/15 | | INTERNAL REVENUE SERVICE (WAGE TAX) | Social Security (employee) | 5300-003 | | -1,500.40 | 6,427.14 |
| | | | | Unable to get EFTPS number.  Writing manual check | | | | |
| * C | 03/06/15 | | INTERNAL REVENUE SERVICE (WAGE TAX) | Social Security (employer) | 5800-003 | | -1,500.40 | 7,927.54 |
| | | | | Unable to get EFTPS number.  Writing manual check | | | | |
| * C | 03/06/15 | | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-003 | | -6,050.00 | 13,977.54 |
| | | | | Unable to get EFTPS number.  Writing manual check | | | | |
| C | 03/06/15 | 005045 | INTERNAL REVENUE SERVICE | Tax Liability for wage claims | 5800-000 | | 9,401.70 | 4,575.84 |
| C | 04/21/15 | 005046 | Shanghai Pico Exhibition Services Co Ltd | Final Distribution | 7100-000 | | 4,575.84 | 0.00 |
| | | | C/O John W. Mills, III | Final Distribution | | | | |
| | | | Barnes & Thornburg LLP | | | | | |
| | | | 3475 Piedmont Road, N.E. Suite 1700 | | | | | |
| | | | Atlanta, GA 30305-2954 | | | | | |
| * C | 06/23/15 | 005038 | Maman Corporation | Claim 000032, Payment 2.50633% | 7100-003 | | -186.07 | 186.07 |
| | | | c/o John Collen | Turnover unclaimed funds to court | | | | |
| | | | Tressler LLP | | | | | |
| | | | 233 S. Wacker Dr., Suite 2200 | | | | | |
| | | | Chicago, IL 60606 | | | | | |
| * C | 06/23/15 | 005040 | Kelly Services, Inc. | Claim 000034, Payment 2.50639% | 7100-003 | | -364.91 | 550.98 |
| | | | 999 West Big Beaver | Turnover to court as unclaimed funds | | | | |
| | | | Troy, MI 48084 | | | | | |
| | 06/23/15 | 005047 | CLERK OF THE BANKRUPTCY COURT | Claim 000032, Payment 2.50633% | | | 550.98 | 0.00 |
| | | | 219 SOUTH DEARBORN STREET,  ROOM 713 | DIVIDENDS REMITTED TO THE COURT | | | | |
| | | | CHICAGO, IL  60604 | ITEM #     CLAIM #       DIVIDEND | | | | |
| | | | | ================================ | | | | |
| | | | | 32       000032        186.07 | 7100-001 | | | |
| | | | | 34       000034        364.91 | 7100-001 | | | |

Page Subtotals                                    0.00            4,826.48

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

FORM 2                                                                                                Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-44865  -ERW | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | PICO CHICAGO INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9846  Checking Account |
| Taxpayer ID No: | *******1164 | | |
| For Period Ending: | 06/30/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 309,479.97 | 309,479.97 | 0.00 |
| Less:  Bank Transfers/CD's | 287,781.97 | 0.00 | |
| Subtotal | 21,698.00 | 309,479.97 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 21,698.00 | 309,479.97 | |

\*  **Reversed**
t  **Funds Transfer**
C  **Bank Cleared**

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.05

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*

FORM 2    Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-44865  -ERW | |
| Case Name: | PICO CHICAGO INC. | |
| Taxpayer ID No: | *******1164 | |
| For Period Ending: | 06/30/15 | |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******9926  Congressional Bank Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 01/31/13 | 3 | CBRE, Inc. | Pay Invoice 1419 | 1121-000 | 7,895.26 | | 7,895.26 |
| C | 01/31/13 | 3 | Jones Lang LaSalle Americas | Pay Invoice 1381 | 1121-000 | 3,205.93 | | 11,101.19 |
| C | 03/08/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.64 | 11,090.55 |
| C | 03/11/13 | 3 | CORT Business Services Corporation | Accounts Receivable Payment | 1121-000 | 1,728.90 | | 12,819.45 |
| * C | 03/22/13 | | Serta Mattress Company | Accounts Receivable Payment | 1121-003 | 16,566.00 | | 29,385.45 |
| * C | 03/26/13 | | Serta Mattress Company | Accounts Receivable Payment | 1121-003 | -16,566.00 | | 12,819.45 |
| | | | | Did not forward to bank timely.  Will redeposit. | | | | |
| C | 03/26/13 | 3 | Serta Mattress Company | Accounts Receivable Payment | 1121-000 | 1,566.00 | | 14,385.45 |
| C | 03/27/13 | | SERTA MATTRESS COMPANY | 3/26/13 DEPOSIT WAS 16,566.00 | 1121-000 | 15,000.00 | | 29,385.45 |
| C | 04/22/13 | | Congressional Bank | Bank Charges | 2600-000 | | 15.80 | 29,369.65 |
| C | 05/09/13 | | Congressional Bank | Bank Charges | 2600-000 | | 30.18 | 29,339.47 |
| C | 05/28/13 | 1 | Wells Fargo Bank | Bank Account Balances | 1129-000 | 27,595.82 | | 56,935.29 |
| C | 06/04/13 | | Congressional Banki | Bank Charges | 2600-000 | | 33.99 | 56,901.30 |
| C | 07/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 58.46 | 56,842.84 |
| C | 08/02/13 | 3 | Jones Lang LaSalle Americas, Inc. | Payment of Invoice 1244865 | 1121-000 | 3,205.93 | | 60,048.77 |
| C | 08/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 60.35 | 59,988.42 |
| C | 08/26/13 | 6 | National IConstruction Rentals Inc. | Settlement of Accounts Receivable | 1141-000 | 7,755.00 | | 67,743.42 |
| C | 08/26/13 | 3 | Eventstar Structures Corp. | Settlement of Accounts Receivable | 1121-000 | 17,500.00 | | 85,243.42 |
| * C | 09/05/13 | 3 | Gallagher & Associates, LLC | Settlement of Accounts Receivable | 1121-003 | 1,560.00 | | 86,803.42 |
| * C | 09/05/13 | 3 | Gallagher & Associates, LLC | Settlement of Accounts Receivable | 1121-003 | -1,560.00 | | 85,243.42 |
| | | | | Correct amount is $1,565.00 | | | | |
| C | 09/05/13 | 6 | The Integrated Agency II, LLC | Settlement of Accounts Receivable | 1141-000 | 1,875.00 | | 87,118.42 |
| C | 09/05/13 | 3 | Gallagher & Associates, LLC | Settlement of Accounts Receivable | 1121-000 | 1,565.00 | | 88,683.42 |
| C | 09/11/13 | | Congressional Bank | Bank Charges | 2600-000 | | 63.69 | 88,619.73 |
| * C | 09/11/13 | | Congressional Bank | Bank Charges | 2600-003 | | 63.69 | 88,556.04 |
| C | 09/17/13 | 6 | Shepard Exposition Services | Accounts Receivable Settlement | 1141-000 | 11,378.00 | | 99,934.04 |
| * C | 09/24/13 | | Reverses Adjustment OUT on 09/11/13 | Bank Charges | 2600-003 | | -63.69 | 99,997.73 |
| | | | | Duplicate Entry | | | | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 100,270.84 | 273.11 |

Ver: 18.05

Page:    11

FOR PERIOD

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-44865  -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | PICO CHICAGO INC. | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******9926  Congressional Bank Checking Account |
| Taxpayer ID No: | *******1164 | | | |
| For Period Ending: | 06/30/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  10/03/13 | 6 | The Integrated Agency II, LLC | Settlement payment | 1141-000 | 1,875.00 | | 101,872.73 |
| C  10/03/13 | | Congressional Bank | Bank Charges | 2600-000 | | 95.55 | 101,777.18 |
| * C  10/03/13 | | Congressional Bank | Bank Charges | 2600-003 | | 1,843.14 | 99,934.04 |
| * C  10/11/13 | | Reverses Adjustment OUT on 10/03/13 | Bank Charges | 2600-003 | | -1,843.14 | 101,777.18 |
| | | | Wrong amount. | | | | |
| C  10/29/13 | 6 | Dimension Design | Settlement payment | 1141-000 | 3,702.00 | | 105,479.18 |
| * C  11/01/13 | | Karen and Thurston Roberts | Settlement payment | 1121-003 | 640.00 | | 106,119.18 |
| C  11/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 108.12 | 106,011.06 |
| C  11/12/13 | 6 | The Integrated Agency II, LLC | Settlement payment | 1141-000 | 3,750.00 | | 109,761.06 |
| C  11/12/13 | 6 | Olympic Logistics Services, Inc. | Settlement payment | 1141-000 | 5,000.00 | | 114,761.06 |
| C  11/12/13 | 3 | Maman Corp. | Bad Debt Expense - AR | 1121-003 | 12,565.00 | | 127,326.06 |
| C  11/19/13 | 6 | Mainline Studios | Settlement payment | 1141-000 | 2,924.00 | | 130,250.06 |
| | | 1040 West Huron Suite 3N | | | | | |
| | | Chicago, IL  60642 | | | | | |
| * C  12/16/13 | | Karen and Thurston Roberts | VOID | 1121-003 | -640.00 | | 129,610.06 |
| | | | Deposit was lost between FedEX and bank.  Payment will be reissued at end of creditor's payments. | | | | |
| C  12/16/13 | | Congressional Bank | Bank Charges | 2600-000 | | 122.51 | 129,487.55 |
| C  12/18/13 | 6 | Exhibit Productions Inc. | Settlement payment | 1141-000 | 10,000.00 | | 139,487.55 |
| C  12/18/13 | 6 | Law Offices of Konstantine Sparagis PC | Settlement payment | 1141-000 | 4,643.00 | | 144,130.55 |
| C  12/18/13 | 6 | Karen and Thurston Roberts | Payment | 1141-000 | 640.00 | | 144,770.55 |
| C  12/19/13 | 6 | Health Care Service Corporation | Settlement of Accounts Receivable | 1141-000 | 15,000.00 | | 159,770.55 |
| C  12/19/13 | 3 | James Winski, Cashier's Check | Accounts Receivable | 1121-003 | 65,000.00 | | 224,770.55 |
| C  12/19/13 | 3 | James Winski, Cashier's Check | Accounts Receivable payment | 1121-003 | 20,000.00 | | 244,770.55 |
| C  12/27/13 | 6 | Karen M. and Thurston J. Roberts | 3rd of 10 payments | 1141-000 | 640.00 | | 245,410.55 |
| C  12/27/13 | 6 | Freeman Decorating Services, Inc. | Settlement payment | 1141-000 | 17,000.00 | | 262,410.55 |
| C  01/08/14 | | Congressional Bank | Bank Charges | 2600-000 | | 186.07 | 262,224.48 |
| * C  01/08/14 | | Congressional Bank | Bank Charges | 2600-003 | | 186.07 | 262,038.41 |
| C  01/22/14 | 6 | Karen M. and Thurston J. Roberts | Settlement Payment | 1141-000 | 640.00 | | 262,678.41 |

| | | | Page Subtotals | 163,379.00 | 698.32 | |

Ver: 18.05

FORM 2    Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| Case No: | 12-44865  -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | PICO CHICAGO INC. | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******9926  Congressional Bank Checking Account |
| Taxpayer ID No: | *******1164 | | | |
| For Period Ending: | 06/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  01/22/14 | 6 | Michael F. and Vanessa A. Olsen | Settlement payment | 1141-000 | 10,000.00 | | 272,678.41 |
| * C  01/24/14 | | Reverses Adjustment OUT on 01/08/14 Duplicate entry. | Bank Charges | 2600-003 | | -186.07 | 272,864.48 |
| C  02/06/14 | 6 | Karen M. Roberts and Thurston J. Roberts | 4th payment | 1141-000 | 640.00 | | 273,504.48 |
| C  02/06/14 | 6 | Kelly Receivables Funding LLC | Settlement payment | 1141-000 | 14,559.20 | | 288,063.68 |
| C  02/06/14 | | Congressional | Bank Charges | 2600-000 | | 281.71 | 287,781.97 |
| C t  02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 287,781.97 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 288,849.04 | 288,849.04 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 287,781.97 | |
| Subtotal | 288,849.04 | 1,067.07 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 288,849.04 | 1,067.07 | |

* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********9846 | 21,698.00 | 309,479.97 | 0.00 |
| Congressional Bank Checking Account - ********9926 | 288,849.04 | 1,067.07 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 310,547.04 | 310,547.04 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 25,199.20 | 287,877.61 |

Ver: 18.05